PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _WESTERN_ DISTRICT OF TEXAS
### _WACD_ DIVISION

**FILED**

January 07, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **BW**

DEPUTY

JO ANN WILBERT    226 1580

Plaintiff's Name and ID Number

PATRICK O DANIEL UNIT   GATESVILLE TEXAS

Place of Confinement

**6:25-CV-12-ADA**

CASE NO. ~~XXXXXXXXXXXXXX~~
(Clerk will assign the number)

v.   STATE OF TEXAS
GOV GREG ABBOTT
STATE ATTORNEY GEN. KEN PAXTON

Defendant's Name and Address
TDCJ and Entities   Bryan Collier
TEXAS DEPT of CRIMINAL JUSTICE

Defendant's Name and Address
UTMB and Entities   Dr Lannette Linthincum
Univ of TEXAS Medical Branch

Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.  In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor.  You must also include a current six-month history of your inmate trust account.  If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."  *See* 28 U.S.C. § 1915.  Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner.  If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account.  Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date.  Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief.  Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _X_ YES ___ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: Filed (3) Previous suits

        2.  Parties to previous lawsuit:
            Plaintiff(s) JO ANN WILBERT
            Defendant(s) STATE OF TEXAS  TDCJ and UTMB

        3.  Court: (If federal, name the district; if state, name the county.) WACO  TX

        4.  Cause number: 6:23-CV-00444

        5.  Name of judge to whom case was assigned: Judge A Albright

        6.  Disposition: (Was the case dismissed, appealed, still pending?) Dismissed

        7.  Approximate date of disposition: January 2024

II.  PLACE OF PRESENT CONFINEMENT: Patrick O Daniel Unit /Gatesville Tx 76528

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?          X YES    ___NO

✓ Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.  PARTIES TO THIS SUIT: STATE OF TEXAS / AUSTIN          VS

A. Name and address of plaintiff: JO ANN WILBERT  Patrick O Daniel Unit
2305 Ransom Rd  Gatesville Texas 76528

_____

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Governor Gregg Abbott Po Box 12428 Rm 25
Austin TX 78701

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Failed to process Medical Reprieve or Clemency Packet, Refused to answer correspondence in regard to having Veteran state Court, Southern Belle Syndrome Condones slavery and indentured servitude forcing inmates to work for Free

Defendant #2: STATE ATTORNEY GEN. KEN PAXTON Po Box 12548
Austin TX 78701-2548

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Chattel slavery Failed to close Plane State Jail Facility - it isn't safe to travel there

Defendant #3: TDCJ Exec Director Bryan Collier Po Box 13084
Capitol Station Austin Texas 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Mistreat and abuse of female inmates. Men Getting better treatment than women

Defendant #4: UTMB Director Dr Linnette Linthincum Health Svc Div
3009 A Hwy 30 West Huntsville TX 77340-0769

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Failure to help Coordinate A Multitude of Medical issues in the System.

Defendant #5: Warden Andrea Lozada Patrick O Daniel Unit 2305
Ransom Rd Gatesville Texas 76528

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Failure to Protect. Failure to answer inmate correspondence IAW TDCJ Policy Discriminates Against white/elderly/ disabled inmate.

Defendant # 6   Asst Warden Ursula Miller Patrick O Daniel 2305
Ransom Rd Gatesville Texas 76528

Act or Omission  Fails to maintain order, protect inmates from Harm.
Fails to respond to I60's, Fails to Act on Willis Case

Defendant # 7   Major Lashonda James  Patrick O Daniel 2305 Ransom
Rd Gatesville Texas 76528

Act or Omission  Fails to Act by order, rule or Policy

Defendant # 8   Chief Classification  Ciera Newton 2305 Ransom Rd
Gatesville Texas 76528.

Act or Omission  Reckless Endangerment - mishousing me 38 times.

Defendant # 9   Sandra Murphy - Courtroom   2305 Ransom Rd Gatesville
Texas 76528.

Act or Omission - mishousing me 38 times / denying Heat Score

Defendant # 10  Supervisor  CPT Alyce Hooper   2305 Ransom Rd
Gatesville TX 76528

Act or Omission  Abused and Mistreated - Discrimination in Punishment.
Lying to the Inspector General about Appointment.

Defendant # 11 - Disciplinary  CPT Jermaine Gilliam 2305 Ransom Rd
Gatesville TX 76528

Act or Omission - Disciplining me when you knew I was innocent
and my medical records all messed up over Heat Score

Defendant # 12  Law Library Supervisor   Amy Gilliam 2305 Ransom Rd
Gatesville Texas 76528

Act or Omission  Denying me use of Law Library, Denying me Assisting
inmates Help in Law Library. Denying me chain bags to
carry legal materials during travel.

Defendant # 13  Food Svc Supervisor  May Howard  2305 Ransom Rd
Gatesville, Texas 76528

Acts or Omission: Denying Adequate food and drinks while locked in
Cell Block. Putting me on Food Loaf and starving me

Defendant # 14  Grievance Officer Shania Weber 2305 Ransom Rd
Gatesville TX 76528

Acts or Omissions  Hates to Process any Grievance (refuses to) and
Will not Allow me to speak with her or UGI

Defendant # 15 Laundry Officer CPT Jaime Rhasott 2305 Ransom Rd Gatesville Texas 76528

Acts or Omission   Has stolen Commissary from me when doing checks. Has given me filthy clothes to have to wear (Unsanitary)

Defendant #16  CO Penny Gaines (Laundry) 2305 Ransom Rd Gatesville Tx 76528

Act or Omission  Insist I must wear filthy clothes that laundry wants to issue instead of allowing me to exchange them.

Defendant # 17 - Mail Room Supervisor Chelsea Hartley 2305 Ransom Rd Gatesville Texas 76528.

Acts and Omissions   On 5 occasions has lost my mail. Mishandled my mail and denied me MAIL for over 3 weeks at Christmas time (Gave out wrong information on mailing to TDCJ entities  6:23-cv-00444)

Defendant #18 (Unit doctor) Richard H Friedman 2305 Ransom Rd Gatesville Texas 76528

Acts or Omissions  — On 20 occasions denied me medical care and treatment. Falsified medical records. Caused Egregious Medical Harm by not responding to serious medical needs. Delaying treatment

Defendant #19 (Nurse Practioner) Jennifer Humphreys 2305 Ransom Rd Gatesville Tx 76528

Acts or Omissions - Deleted all my medical restrictions, most medical passes, On numerous occasions failed to treat Caused Egregious Harm

Defendant # 20 Senior Practice Manager Thomas Vatcher 2305 Ransom Rd Gatesville Texas 76528

Acts or Omission - Denied me the right to talk with medical officials, Constantly denied my right to get second opinions on care + treatment Falsifying grievances. Denying right to speak with his superiors.

Defendant #21 Region VI Medical Director (Dr) Bev Wilbur 1002 Carroll St. Gatesville Texas 76528

Acts or Omission - Did not want to assist with scheduling Appointments in Galveston and continued to insist I see Humphreys

Defendant # 22  CO Rita Harrison / Veteran Coordinator 2305 Ransom Rd Gatesville Texas 76528

Act or Omission - Would not let me live in Veterans Dorm (A1) on Patrick O Daniel. Discrimination of 100% Disabled Vet

Defendant # 23  Operations- SGT William Brown III    2305 Ransom Rd
Gatesville Texas, 76528
Acts or Omissions Came into my cell (took picture of me at 0130) and reported to
Huntsville  I was crazy. Misogynists who hates women constantly cased me up

Defendant # 24 Property Officer Ana Crosswell  2305 Ransom Rd Gatesville
Tx 76528
Acts or Omissions  Targeted me and cased me up. Stole over 1750⁰⁰ worth
of my Legal, Educational, Religious Property. Left me in the
cold to DIE.

Defendant # 25  Safety officer  Debra Keeton 2305 Ransom Rd Gatesville
Texas, 76528
Act or Omission  Failed to respond to Safety related issues  Bad Food, failure
to have clean, sanitary dishes/utensils in chow Hall
FIX broken side walk between A + B dorms.

Defendant # 26  Former PREA  Samantha Pentoja. 2305 Ransom Rd
Gatesville Texas 76528
Acts or Omissions  Targeted, harassed, menaced and cased me up. Worked
with Crosswell in Cabal to steal inmate Property. (1750⁰⁰)

Defendant # 27  Security Threat Group Ashley Herrera  2305 Ransom
Rd Gatesville Texas 76528
Acts or Omissions Targeted me, worked in Cabal with Crosswell to
steal my Property especially watch + Family Bible
Stole Property worth $ 1750⁰⁰. Files false reports

Defendant # 28  Ms Smith-Curry (STRIVE) 2305 Ransom Rd Gatesville
TX 76528
Act or Omission - When she was my Sub Counsel for cases (Disciplinary)
instead of Voting for me - She Voted for me to Get Punished

Defendant # 29  Mental Health Coordinator Sigrid Teague 2305
Ransom Rd Gatesville Texas 76528
Acts or Omissions - Fayls to treat me for PTSD and Anxety. When staff
wants to Discipline me - She votes for them instead of
Helping me!

Defendant #30  Nurse Chrystal Carol  2305 Ransom Rd Gatesville Tx 76528

Act or Omission — Always yells and screams at me in Medical. Fails to treat and lies and files false medical reports.

Defendant #31- Denise Erickson (Pill Tech) 2305 Ransom Rd Gatesville Texas 76528

Acts or Omissions: On at least 15 Occasions lied about the delivery of my Medication and having Pill Pass incorrect.

Defendant #32  Jessika Zollman (Pill Tech) 2305 Ransom Rd Gatesville Tx 76528

Act or Omission  On 19 occassions has failed to coordinate my medication and lied to me or failed to coordinate the delivery of medication.

Defendant #33  SGT Elain Espino  and her sister Mateo  2305 Ransom Rd Gatesville Texas 76528  STRIP searched me 5/30/23 in front of Galloza (male)

Act or Omission  Targeted me and stole my Property. Planted A shank in my cell with Tiffany Monique James failed to follow policy and procedures. Stole my medical items (reading + medical glasses) She is depraved and depauched. Need non contact or her Promotes prohibitive behavior.

Defendant #34   CO Mateo (Espino's) sister  address now is Unknown used to be this Unit.

Act or Omission — stole my reading glasses and Medical Sunglasses, abused me and multiple times would not feed me.

Defendant #35   William Galloza - (SGT)  2305 Ransom Rd Gatesville Tx. 76528

Act or Omission— treated me like an animal, cased me up tried to steal my I.D card would Always harass me about how I walk.— I am crippled (Disabled) and have PTSD  I dont like crowds ot People. (He is A Narcissis)

Defendant #36  (SGT) Pernisha Long  2305 Ransom Rd Gatesville Tx 76528

Act or omission  at least 3 times has re injured my sore left hand cuffing me up and twice denied me going to my Medical Appointments (Lied and Filed False Reports)

Defendant # 37   LT Terry Smith   2305 Ransom Rd   Gatesville TX
76528

Act or Omission   Almost killed me when he mishoused me (in Restrictive Housing) upon return from medical trip. It was 103° – 108° and there was NO A.C.

Defendant # 38 TransportaTion Officer Farrell – 1500 State School Rd Gatesville 76598

Act or Omission  – Threatened to beat me when I wouldn't wear absolutely filthy contaminated Clothing. Slapped my sore hand 3 times.

Defendant #39– LT Kyleen Tyson– 2305 Ransom Rd Gatesville Texas 76528

Act or Omission – did not like me, always harassing me especially about my Medical Shirt. Failed to allow me to have water in Chow Hall especially on extremely hot days

V. STATEMENT OF CLAIM: Attached is Documentation: Evidence Chart for proof my Civil Rights have been Violated (under 8th Amend.)

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. The Intake screening Procedures need to be changed. Upon intake to TDCJ I was denied my 100% Disability Status as an American Veteran and forced to work. Been disabled since 2008 (medical claim) I have been TARGETED and Cased up because I file Grievances (cruel + unusual) I have been denied Basic Necessities of Life – protection from Temp Extremes, Food, clothing housing, and Medical Care. I have also been [unsafe cell →] denied Sanitation, the ability to keep my cell clean with chemicals. I have been Beaten twice by large BLACK Inmates and sustained injuries because due to staff shortages I cannot be protected and the failure of staff to ACT.

VI. RELIEF: Money DAMAGES, Declaratory Judgement and an Injunction

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Need to be moved to A FLORIDA PRISON to improve my Personal Safety, Improve my present Confinement with Medical Care from the VA. Domiciliary in temple TEXAS. Get Medical Clemency from Governor Abbott, or MRIS, HAVE all medical issues Addressed. Do A Personal Injury claim. Process Assault and Battery Claim.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Jo Ann Biegas / Jo Ann Shipman

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2261580

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A

2. Case number: N/A

3. Approximate date sanctions were imposed: N/A

4. Have the sanctions been lifted or otherwise satisfied? N/A        ____YES ____NO

4/20/22    Donna May
Rogers (Incident)

# Evidence Chart

| DATE | OFFICER ENVOLVED | What happened |
|------|------------------|---------------|
| 9/26/2022 | Cynthia Wenner | Took my legal materials/ 2 chain bags yellow bags specifically for Legal. |
| 9/27/2022 | Cynthia Wenner | Gave me Bogus Case (2023004084 2) stole my legal materials |
| 11/3/2022 | Smith Curry (Herrera) | LIE ABOUT THE CASE THEY STOLE MY LEGAL MATERIALS |
| 11/8/2022 | Sarah Henderson has MERSA NP Jennifer Humphreys | Henderson forced to work in CHOW HALL Received two cases from Crosswell |
| 11/9/2022 | Veterans Administration. | Came to see me about my Disabilities |
| 11/9/2022 | SGT Ruiz SGT Ruiz | Got case for traffic + trading will seriously injure handcuffed inmate |
| 11/11/2022 | Crosswell | mislabeling all my Property as Contraband when it isn't. |
| 11/15/2022 | Crosswell | left me out in freezing cold weather) on the bench near command (2 hours |
| 11/15/2022 | NP Jennifer Humphreys | Totally messed up my medical chart wrote Medical EXAMiners. |
| 11/21/2022 | MS Wright (classification) | Went G4 Assigned CB1- 25B shouldn't be housed here (freezing) Assigned to work Medical Squad I/S3 - NO SUCH THING |
| 11/23/2022 | Crosswell | Received my Property- All kinds of items missing |
| 11/24/2022 | Nicole Sloan (Nurse)/ Crosswell | Told her about all my missing Medications (Certrizine) Crosswell took |
| 11/25/2022 | Crosswell | Had to go to Pill Line and collect all meds she took |
| 11/26/2022 | Crosswell | wrote to my Advocate about all my Property Crosswell stole. |
| 11/28/2022 | Murphy/Wright | Got moved to CB2-48 was mishoused As G5. Cell is filthy. |
| 11/29/2022 | Murphy / Wright | The person next to me is completely insane. Cell extremely dark + dank.! |
| 11/29/2022 | Murphy/Wright | OPI to go to Carole Young CB1 goes to LOCKDOWN (mass punishment |
| 11/30/2022 | Command Group | The 9:30 count did not clear until 12:30. It should take 7 minutes. |
| 11/30/2022 | MS. Ellis who is working in Medical. | Doesn't want to let me out to EAT. |

(1)

# Evidence Chart (Continued

| Date | Officer Involved | What Happened |
|---|---|---|
| 12/1/2022 | OFFICER INVOLVED (Lozada) | ABSOLUTELY FREEZING in CB2. Nothing done to fix it. |
| 12/1/2022 | MS Pilkington/Medical Records | Took from July 6 2022 - Dec 1 2022 (5 months) to get records. |
| 12/1/2022 | Jeremy Koontz - The Senior Practice Manager (MS Aus returns) | Quit working for medical. Was NO help at ALL. |
| 12/2/2022 | Penny Gaines (Laundry) | Is extremely ugly - wants to give us filthy clothes to wear. |
| 12/3/2022 | Rachael Deton/Cynthia Wenner | Both officers completely Ransack the dorm / destructive |
| 12/4/2022 | Dr Friedman | Gives me Claritin instead of Centrizene (medically wrong) |
| 12/5/2022 | Cynthia Wenner | Needlessly calls an ICS on an inmate going to the showers. |
| 12/6/2022 | Deleon / Wenner | Tearing the Dorm Apart, needlessly Being totally out of Control. |
| 12/7/2022 | MS Aus/Warden Lozada | Talked About being mishoused. |
| 12/8/2022 | Murphy / Count Room | Because of complaint to Warden Got moved back to CB1-14 Been moved 4 times within A MONTH RIDICULOUS |
| 12/10/2022 | Murphy / Count Room | moved again to CB2 - 38 and mishoused again |
| 12/11/2022 | Deleon | stripped searched for no reason Pure harassment / No one else Got searched. Been harassing me over a week straight |
| 12/12/2022 | Mateo | Two G5's got in A fight. I Am not A G5 but am mishoused in that dorm. The Warden mass punished the entire dorm |
| 12/13/2022 | Mateo / Deleon | Took my medical passes / my Sunglasses my reading glasses, my family Bible with all my pictures, my towel & my Winter gloves. all were in my possession legally and they were just being A bunch of thieves. I have migraines and had medical passes) for my glasses my reading glasses was from the Commissary. I would be without glasses for over four months (2) |

# Evidence Chart

| Date | OFFICER | What happened |
|------|---------|---------------|
| 12/14/22 | Rachael Deleon | Deleon had taken all my medicine and gave me a case. Because I was mishoused they did not want to let me have my koops. Denied me my medications for 5 days. |
| 12/15/22 | Valladarez is on | The Dorm C132 is extremely cold. No one (Warden) or Maintenance will fix it. The Warden has a thermostat control on her phone but She does nothing to control the extreme cold. |
| 12/18/22 | Mateo | Because MATEO has been stealing all the inmates property. RISS slams her with A tray at the CHOW HALL. |
| 12/20/22 | Cynthia Wenner | tears my cell apart for no reason other then to be totally distructive |
| 12/22/22 | MAJOR Howard | Food was so SKIMPY — we ran out of food/chow hall lied about it |
| 12/24/22 | MAJOR Howard | It is freezing inside + outside (-20 below) There is No Food Entree for breakfast, there is no sugar on the unit. The officers had coffee cake but there is none for us, or no coffee either.  Howard LIES About the Food Shortages We were forced to walk to the CHow Hall in (-20) with only light jackets. |
| 12/26/22 | Friedman (M.D) | Have not been receiving Proper Medicine or treatment either. Grieved Medical Again. |
| 12/27/22 | Hartley (Mail Room) | Not receiving any mail. All the family said they sent it. Go 10 days without mail. Then get A huge pile. |
| 12/27/22 | Elain Espino | We were short (27) meals for breakfast waited 3 hours for more food. Didn't want to feed us because it was no to close to Lunch. |
| 12/28/22 | Mateo | screws up Pill Line completely 0400 Pill Line Was at 0705. Then MATEO wouldn't give us coffee with breakfast |
| 12/29/22 | Mateo, C. Wenner and Deleon | Just want to goof off all day + not take care of inmates. They spent the whole day pking around, eating, and taking hour or two breaks. |

3

# Evidence CHART (cont).

| Date | Officer involved | Incident that happened |
|---|---|---|
| Jan 1 2023 | MS Sloan/Nurse | My melatonin I need for migraines wont be issued anymore. (No reason why given) |
| 1/1/23 | Nurse Humphreys | Denies I have migraines deletes them out of my file. |
| 1/2/23 | Pill Techs | Wont tell me why I am not getting meds neurology prescribed. |
| 1/3/23 | Major Howard | We have been starved the last three days (only Johnnys) for breakfast. |
| 1/4/23 | Major Howard | No chow/ only toast for breakfast (pattie?) we are starving |
| 1/5/23 | Mateo | refuses to give me back my medical sunglasses. |
| 1/5/23 | Deleon + Wenner | Talked to LT Tharpy about tearing up my cell everyday for a week. (No reason other than pure harassment. |
| 1/9/23 | State Attorney General Ken Paxton | wrote him about complete denial of medical care/ treatment is awful. Investigating my Medical case. |
| 1/10/23 | SGT Brown | We have not had drinks for breakfast for four days. |
| 1/11/23 | Medical (Optometry) | Have to pay for medical visit, pay for new glasses. need to have new glasses made (because mine were stolen. Also need new medical glasses pass. |
| 1/13/23 | NP Humphrey | My medical records are completely inadequate. |
| 1/13/23 | SGT Brown (Building Super) | No RAZORS, No showers. Dirty clothes from laundry |
| 1/14/23 | Dr Friedman | Lied about ordering my NSAICORT |
| 1/14/23 | Cynthia Wenner | wont give me shower, wont give me A razor, menaced (and harassed me all shift. |
| 1/16/23 | Friedman/Medical | Denies me medical care |
| 1/18/23 | Crosswell/ Property | Gave me a load of shit when I went to get my Property. She refuses to ship my Medical records or give them to my Advocate. (Filed Grievance) 2023024808 She has thieved almost #150.00 worth of medical property. |

(1)

Evidence File

| Date | Officer | What happened |
|------|---------|---------------|
| 1/19/23 | Crosswell wrote her buttup. | Based on all their property she has stolen. Wrote Grievance + Warden. |
| 1/21/23 | Rachael Deleon | Wrote grievance on her for Constantly taking my KOPs (medicine that I am allowed to have in Cell Block) and constantly having to go to Medical and get them back. She also liest files false reports on me. |
| 1/21/23 | Cynthia Wenner | Gets in Big Fight with G4's about Constantly harassing us about Strip searching us when it isnt necessary. (Violates Policy) |
| 1/22/23 | Cynthia Wenner | She is acting crazy and deranged completely out of control |
| 1/23/23 | SGT Galloza, Deleon + Major James | ripped off my Family Bible + all my pictures, ripped off Tee shirts and shorts |
|  | Mateo even refuses to give us water | Mateo is supposed to bring us water every hour. She doesnt want to bring water at ALL. we do without water |
| 1/26/23 | SGT Brown (Compliance) | Brown is no longer compliance SGT. He is relieved because he doesn't even know Policy. |
| 1/27/23 | Medical Pill Tech's | We have been on LOCKDOWN 5 days and brought NO KOPs |
| 1/27/23 | Dept of Vetrans Affairs | Wrote them about my Disabilities |
| 1/29/23 | Rachael Deleon / Cynthia Wenner | Harassed all day by Wenner + Deleon. Turned in to LT Turrey again. Every these two animals show up. They cell search me needlessly, steal my Property. They have searched my cell 4 times in 4 days pure harassment. |
| 1/29/23 | Medical (Grievance) NP Jennifer Humphreys | My Glasses aren't ready, my WAS A CORT not ordered. Need to put Photophobia back in my records and Get medical sunglasses back for Migraynes |
| 1/30/23 | Warden Lozada | Down, still freezing cold and she wont control temperature |
| 2/2/23 | NP Jennifer Humphreys | She lifted my ZIP shirt pass and then had SGT Montoya come and steal my shirts. I had to immedietely borrow a shirt from an inmate. |

⑤

Evidence File

| Date | Officer Involved | What happened |
|------|------------------|---------------|
| 2/2/23 | SGT Galloza / Farrell | At 9:30pm came into my cell and took a picture of Bruise on my head. BACK dated a case 33 days and wrote me up This is totally illegal. |
| 2/3/23 | MATEO | Woke me up at 3:40 Am just to take more pictures / pure harassment |
| 2/7/23 | MATEO / Maj Howard | Per Mr Lane — I was to EAT IN ALL DAY. I Am in CB2 and on Restriction. MATEO did not want to feed me in and would not give me dinner. We are getting less and less food. We are starving — My FOOD was actually on the FOOD cart. (But she wouldn't give it to me. I had to OPI on this officer. FAILURE TO FEED ME. |
| 2/9/23 | Friedman | My BP is super Bad 188/166 feel like having heart attack or stroke. He does nothing |
| 2/9/23 | Murphy / courtroom | moved me back to CB1 where I should be. |
| 2/9/23 | Friedman | Got called to go to Plane state. Would not Go— Would get hung up all weekend. Can't survive at that place. It was About my right eye issue and and back never rescheduled. |
| 2/9/23 | Farrell | Needed her to confiscate my medical record she would not do it and because of her my Medical Records were destroyed by Crosswell. |
| 2/9/23 | My Advocate coming | cannot go to PLANE STATE. |

6

Evidence File

| Date | OFFICER | What happened |
|------|---------|---------------|
| 2/10/23 | Ms Arnold | Super Cold in Dorm - she would not call Maintenance |
| 2/10/23 | Espino/Galloza | Got a FAKE CASE 2023 0103036 it was about not reporting an injury (Espino backed it up until Jan 1 2023 33 days late/ illegal as Hell |
| 2/11/23 | Friedman | Wrote Div of Licensing on him denied me medical care + treatment + delayed medical care. Hornbuk Doctor |
| 2/11/23 | Warden Lozada | She Actual came to Cell Block and I asked her to get my glasses BACK ( |
| 2/14/23 2/14/23 | Mateo Simpson (Asst Warden) | Chow Hall runs out of Food. We got shorted our meals. Tried to get my glasses back she is no help. |
| 2/15/23 | Mays/Teague | Tried to get off this Unit They refuse to treat my PTSD and Anxiety |
| 2/16/23 | Capt Gilliam | Case # 2023 01050036 minor punishment because the case was so fraudulent and he knew it 10 days rec/ for not reporting an accident - when the draw, dropped on me. should have been dismissed. |
| 2/17/23 | Deleon, Espino, Mateo | Deleon is talking to Espino about how Espino's sister has gone insane, cracked up and is in A mental institute. |
| 2/22/23 | Crosswell | Have waited over one week to have her pick up my medical records and she won't come by and do her job and pick them up. |
| 2/23/23 | Deleon | She isn't supposed to be in CB1 - but she hangs out all day just to harass us and mistreat us All day |
| 2/24/23 | Mateo/Espino | not working her shifts. Is in mental institute. Espino (her sister) is off with her too. Taking care of Family. They have refused to return my glasses. |

(7)

Evidence File

| Date | Officer involved | What happened |
|------|------------------|---------------|
| 2/27/23 (0700) | Mr Taylor / MS Hickman | Inmate Tiffany monique James threatened to kill me. MS Hickman heard her. Taylor also heard James threatening other people also. This incident is going to cause me to go G5. |
| 2/27/23 Noon | Tiffany Monique James + Hudson (#3) | Tried to attack me while standing in Pill Line Hudson tried to hit me — but hit Tina Rogers instead. Hudson has multiple STAFF Assaults and SPD on her record. |
| 2/28/23 | Tiffany Monique James MS Cunningham CPT Gilliard | James tries to attack me in Day Room. I have to have CPT Gilliam escort me back from CHOW. James a large trans— wants to beat my Ass. |
| 2/28/23 | CPT Gilliam | I was in danger from two inmates (James) Hudson. When I reported this to staff — They did absolutely nothing They knew that James + Hudson were both dangerous because of their prison |
| 3/7/23 3/8/23 | Espino Espino + James (Cell searched) | Comes to my Cell + plants shank wanted my cell so they could work drugs and contraband. I was in the way in CB1-14. So they had to get me moved. |
| 3/8/23 | Espino + MS Charles | Espino came back to my Cell. For the Second Day in A Row (when she was not even working here. She found the SHANK that she planted. Before the SHANK was even out of my Cell (I had A Case written and read to me. I was totally set up for this. STAFF did nothing to protect me from James. |

These types of incidences took me to G5 | Maximum Punishment

⑦

(SHANK)

Look up Case # 2023 0123 093 ✓

Movement DAY (March 17 2023) 0815 hours.
At 0800 I was called to Command for my U.C.C. (SHANK CASE)
(CPT Mannear and LT Gilliam escorted me.)
MS Wright and MAJOR Wilcox were there. I Got G5'(ed)
(Only two members of board) Should be (3). Wright was the
only one who voted.
    Regardless of what I told Wright — she was the one that
insisted I go (G5). Wilcox didn't vote and there was no
third person. (Board was illegal And I wrote State U.C.C and
filed A Grievance.

3/17/23  At 0815 I was moved from CB1-14 to CB2-48. In CB1-
MS Mateo was the POD officer. When moved to CB2-48
Deleon was POD Boss and Wenner was Pickett.
    I waited all day for my Property. (For two hours I was
held in the DAY Room) waiting for Cell Assignment. At 10:25 AM
I moved in my Cell. I Asked Wenner (5) times and Deleon (8)
times to Get my Property from CB1 (they never did) As A
matter of fact (6) more inmates were moved from CB1 to CB2.
**   When inmates were moved from CB1 to CB2 ⟩ Mateo had
their Property come with them! But mine never come. Mateo
deliberately with held my Property all day!
    At 6:15 pm Deleon and Wenner went home (leaving my Property
next door.) At 7:00 pm when MS Thompson and Mr Baker
came on duty — (I told them About my Property.) At 9:00 pm
    MS Thompson came in with my Property saying it was All
there. ← This Was A Bold FACE LIE. (Thompson never gave me
         A Confiscation Sheet)
When I unpacked my Property there was A lot of items missing.
5 pens, 2 writing tablets, 2 typing paper, (2) packets of mail, (2) legal
files, my KOPs (ibuprophen, certrizene, nasal spray, non aspirin, eye medicine,
tums, 10 envelopes, 5 magazines, and A bunch of loose leaf
papers for court. All of my legal Mail had been read
and reorganized. When I told Thompson of all the
missing items (she couldn't believe it) And she left.

| Continued on Next Page. | MAGAZINES were (2) NewsMAX |
| | (2) Puzzler |
| | (1) U.S. |

Paula Robinson has Spare (by Prince Harry) (28⁰⁰)
                        They were Giants (Zacherier Sitchin) $15.00
                        Templars by Dan Jones 19⁰⁰

She still owes me a Bundle from 200⁰⁰ Commessary
On 3/16/23 I saw her with four bags of Commessary
She only Gave me About 20⁰⁰ worth of Stuff.

(Saturday)

In CB2

On March 18 2023 when MATEO came on duty at 0645 she immediately came to my cell and gave me (two) writing tablets and 2 copy paper saying they had them on CB2 side all along. My KOPs that were taken (for my eyes and my NASAL spray) were given back After Mateo called medical to make sure I could have them) something that should have been done on the 17th.

When Thompson came on duty on the 18th) she Also gave me more of my Property BACK (pens + paper) saying they were all on the CB1 side. (still) (The LIES continued)
    Inmates who came from the CB1 side said they saw Mateo with my magazines (which should not have been confiscated.) (they are my mail) I Am entitled to have them.

On the 18th At 9:30 pm I told MS Ruffin I still did not have A Confiscation sheet for my Property on the 17th. As of 3/22/23 I still do not have Confiscation sheet (for my missing Property)

Evidence File

| Date | Officer involved | What happened |
|------|------------------|---------------|
| 3/8/23 | Been reporting to the Warden / STG Herrera | James is a sexual Predator and she has been bothering me for months and I have to protect myself. see Additional incident report. More officers involved |
| 3/8/23 | Espino, Chanks and MSCok | I finally received a pair of glasses (they are tinted. I had to pay for them #22.50 and an office visit 13.50 I also am now on PHD awaiting movement |
| 3/9/23 | Wenner | Immediately does cell Search on me — tears apart my cell 5 days in A row all just sheer harassment. |
| 3/14/23 | James | Testifies about color of shank doesn't match what Espino said |
| 3/15/23 | Deleon / Warden Lozada (notified of harassment) | Does another cell search needlessly. (Been cell searched as constant harassment. |
| 3/15/23 | Crosswell | she was delivering & ignoring picking up my property for visitation. |
| 3/17/23 | Espino / Classification. | I go G5 over the Shank Case Case # 2023 0123 093 All kinds of my property is missing when I finally get my stuff |
| 3/17/23 | Mateo and Deleon | 12 hours later. Deleon keep my property for over 8 hours. I asked them 8 times for my stuff. At 10:00 pm after writing all day my Property comes. |
| 3/18/23 | Mateo | some of my writing tablets envelopes Mail, magazines and legal stuff come back. The niggers have risked all day and then at night it gets really Bad |
| SUN 3/19/23 | Deleon / Wenner — both decided to work together finally we got showers after 3 days. | she would finally get a shower after 3 days. I had to OPI on Deleon tired of her constant Harassment. |

(9)

Evidence Chart

| Date | OFFICER INVOLVED | WHAT HAPPENED |
|---|---|---|
| 3/20/23 | ZOLLMAN/SLOAN | ZOLLMAN the Med tech did not bring my pills to me like she should. Had to get the nurse SLOAN to get them |
| 3/20/23 | Wenner | Didn't give A N.P. because Medical didn't bring our pills. She wouldn't call |
| 3/20/23 | Mr. Stewart/Laundry | Refuses to get me A New Mattress. Mine is completely filthy. |
| 3/20/23 | Wenner/Constantly denies GSI's showers | Have time to be ripping cells Apart — but can't do showers. |
| 3/20/23 | Friedman/Humphreys | Because they changed my prescription — I constantly run out of Centrizine. I'm out Again |
| 3/22/23 | Deleon, Warden Lozada/Warden Simpson | I Am on OPI status because Deleon + Wenner Constantly Harass me, tear my cell apart, won't give me showers and abuse me. |
| 3/24 | CO Harrison/MS Warren CHow Hall | our eggs are not cooked and the CHow Hall refuses to give us replacement food. We only had toast and jelly for breakfast. No eggs, no coffee nothing. We are hungry from LACK of Food! |
| 3/24/23 | Murphy/Harrison | I am moved again to CB2-27 and this Dorm is Absolutely Freezing. (still) |
| 3/25/23 (Saturday) | MS Montgomery/LT smith | We do not have coffee or anything hot to drink for breakfast. The milk they served was Absolutely rotten. Complained to LT Smith again About the freezing cold. No one does anything to give us heat. No showers since Thursday No coffee for two days |
| 3/27/23 | Medical (Med Tech) MATEO and Cunningham | Failed to bring my TUMS early am and noon time too finally called Captain Hooper about fixing the Heat! Been 4 month It is still like a tomb in here. |

10)

# Evidence Chart

| Date | Officer Involved | What Happened |
|---|---|---|
| 3/27/23 | Dekon | Didn't strip out everyone who wanted shower. She denied me A shower. Did A staff complaint on her. |
| 3/28/23 | NP Humphreys / Medical scheduler | 3 days in A row I am scheduled with Humphreys. I write the medical scheduler to again tell them I don't see her. |
| 3/28/23 | Mr Harris and Mr LaFontain from OIG. Warden Lozada. | Investigating CPT Hooper + SGT Galloza about my case Against James |
| 3/29/23 | Securus people | We are on Lockdown No showers and Johnnys only to eat. → Only 4 people got Tablets There should have been No reason for Lockdown |
| 3/31/23 | Talked with Mr Mays. | This man is useless. I Again OPI on Dekon Need to get Medical Care at Carol Young. |
| 4/2/23 | Cynthia Wenner, SGT Galloza + SGT Ortiz | There are so many fights in dorm The staff is having to live down here. |
| 4/3/23 | Wenner on Again | She screws up the entire dorm. I received A bunch of Medical Grievances back all screwed up. |
| 4/4/23 | Medical Called me to Go to Plane staff Regional Manager Mr Sanchez + Bobby Lumpkin Came by. | Not Going to Plane. Totally disgusting there. Not safe to travel there. |
| 4/5/23 | CLASSIFICATION requested U/T to Carol Young | Filed Emergency Grievances to go to Carol Young. Lot of Medical Issues. |
| 4/6/23 | Medical | Been reporting Migraine for 3 days About. |
|  | Maintenance | Been reporting the Dorm is freezing for 4 mos Maintenance Refuses to file it. |
| 4/8/23 | Notified MS Williams | The Dorm is still freezing. No one comes to fix it. |

Evidence File

| Date | OFFICER Involved | What happened |
|------|------------------|---------------|
| 4/10/23 | Cynthia Wenner | She hassels T.T. Williams so much no one dares take a shower - She is a complete raving lunatic. |
| 4/11/23 | Thomas Votcher | Sends me response to 15 medical grievances all Excuses not valid/fake and lied about. |
| 4/11/23 | Mateo/Captain Hoover | Because of so many threats by (James) I have to OPI Again on her. Mateo refuses to give us showers again. I had Unit fails to keep Tiffany Monique James away from me. They continue to house her Right next to me 5 times now. The Dorm is Absolutely freezing. |
| 4/12/23 | MAJor Wilcox | Processes OPI on James She is supposed to get an extra 10 years but they TDCJ doesn't do shit |
| 4/13/23 | Galloza/Mateo/Espino | Espino is tired of working here. I had her polygraphed for all the lies she tells. Supposedly she Quits. It isn't her - It is her sister MATEO. |
| 4/17/23 | Wright/Teague | Both women lied their Assault staffing my case against Tiffany Monique James, was Unsubstantiated. A bold face lie. |
| 4/19/23 | MAteo | Cuffed my hands, really tight they are red + sore which I got to medical (75' feet away. I showed them to nurse and Medical. I Also wrote A staff complaint to Warden Lozada because of my injury and the misconduct of this officer. |

## MAJOR COMPLAINT about Misconduct,

The Mistreatment, abuse, and Maladjusted Attitude of Officers Ana Crosswell and Ashley Herrera.

On March 20 2024 when I was returned to Patrick O Daniel Unit from Hobby Unit both Crosswell and Herrera met me at the Main Gate. Both were rude, obnoxious, and very sarcastic.

The male Guard at the Gate (Owens) refused to allow me to have any water after an hour and half bus ride. I WAS made to wait at the shack 15 minutes for Crosswell + Herrera.

When they were Going to escort me to medical (they also refused) to let me have any water in medical for over two hours. I was Getting totally dehydrated and was carrying a heavy chain bAG all over. Crosswell and Herrera both refused to let me have water while in Medical (even though) there is A drinking fountain right in Medical.

Finally I was escorted down to Command. There was A drinking Container outside command and finally after two and A half hours I was finally able to Get A drink. I was very dehydrated and these two officers recklessly endangered my Life by denying a BASIC Necessity of LIFE WATER. They were just trying to deliberatly injure me.

JoAnn Wilbert 2261580
Patrick O Daniel Unit

Evidence File

| Date | Officer Involved | What happened |
|---|---|---|
| 4/21/23 | MS Zollman / medical | The pills and pill pass I have is completely wrong. This is the 8th time it is wrong. |
| 4/24/23 | Dr Pires / Neurology  Zollman / medical | give me all new medications and pain relief. Doesn't have any of my new medications - doesn't care and won't fix the problem. Nothing but blunders by medical staff. |
| 4/27/23 | Mako | we are on mass Lockdown because of all the fights because IU Am misshoused I am mass punished. |
| 4/29/23 | NP Humphreys | changed my medicine from Centrizene + Ibuprophen to Clarityn + Naproxen I DO NOT take either one. |
| 4/29/23 | Wenner | Because I Am mishoused she took my Tubs + KOPS. Wrote two grievances they must stop taking my medicines! Been without shower 5 days because Wenner is out |
| 4/30/23 | Bryan Collier / governor Abbott | Not getting enough Food |
| 5/1/23 | Warden Lozada  Friedman | wrote her about freezing cold cell conditions. messed up my meds won't give me Melatonin |
| 5/2/23 | Dr Grant | Had DMS (Unit messed up my Prescription) Propaneralol making me sick Grant will Call Humphreys about Centrizene |
| 5/3/23 | NP Humphreys | wrote her up with Tx Board Constantly giving me wrong medications |
| 5/5/23 | Espino | Told her that CB2 IS A MOLD Hole. |
| 5/8/23 | NP Humphreys | Grieved getting appointment with her - Everything medical she has done for me is A mess. |
| 5/8/23 | Mr Baker | Ortho Appt in Galveston Cant Go. To long a bus ride. |

13

Evidence File

| Date | Guard | What happened |
|------|-------|---------------|
| 5/12/23 | Rowe/Espino/Gilliam | Two inmates fight – she sprays mace to stop the fight. The whole dorm gets sick |
| 5/15/23 | Friedman/Espino | screws up my pill pass again (especially my Centrizen) and throws me out of office.) Hurts my hand being cuffed |
| 5/19/23 | Friedman/Humphreys Hartley (mailroom) | wrote grievances on them both. medical malpractice Received 5 days worth of mail. No reason for the delay. |
| 5/21 + 22 2023 | Lozada | Absolutely freezing in CB2. Been notifying her over 4 months now. |
| 5/25/23 | LT Gilliam | Told him about extreme cold in CB2. |
| 5/28/23 | Deleon + Wenner | refuse to give us showers for no good reason. at 3:30 pm they deliberately let our food get cold for an hour (withholding food) |
| 5/30/23 | Wenner/Deleon/Espino/ Galloza | Deleon come by to harass me about cell search. I had already been cell searched 10 times this month Espino strip searched me in front of male officer Galloza wrote this up to the warden. Espino pushed me into the Day Room |
| 6/1/23 | STAFF Shortages | Due to staff shortages we are only given Johnnys. (We arent getting enough) FOOD |
| 6/2/23 | Hartley | ripping off mail. Mail not being delivered to way late at night. |
| 6/4/23 | STAFF Shortages | Laundry will now have to help with showers We go sometimes 5 days without showers. |
| | Ursula Miller | We get a new Asst Warden (Miller) she is from Hobby Warden Simpson has been gone for a while. Neither one of these people are worth A crap. |
| 6/5/23 | Harrison Barron | Absolutely freezing in Cell Block 2. The Pill Tech who wouldnt help out with any Pill Problems quits today |

14

# Evidence File

| Date | Officer Involved | What happened |
|------|------------------|---------------|
| 6/5/23 | STAFF/ Wenner | We are being starved for Food only given johnny. Wenner gives me a case because I kept my Tums. |
| 6/10/23 | Brinson | When serving us food — they ran out, no Cinnamon rolls. They only wanted to give us half a cup of coffee, and then wanted us to eat diet trays |
| 6/14/23 | Deleon | Sprayed an inmate with mace and called ICS on inmate made everybody sick. They didn't care and did no decon. |
| 6/15/23 | Mr Baker/ | Fire in the dorm at 8:45 pm The Air Conditioning goes out. |
| 6/16/23 | Major Howard Laundry / Penny Gaines | We ran out of Food Again Gave me dirty clothes Again. |
| 6/17/23 | MS Fox  medical | I Am still sick from chemical Spray on the 14th. Not getting correct medicines for migraines Heart Rate monitor kept flashing yellow. My vital signs were awful. |
| | STAFF/ LOCKDOWN/ COLE | ← she refuses to give everyone A shower. She then gives everyone A shower except me |
| 6/21/23 | Crosswell — Property | ⊛ Finds my Bible + all my Family Pictures, but she destroys them. |
| | Crosswell + Herrera | Give me A hard time About getting my Bible + pictures |
| | Crosswell | Collects $10.20 in stamps So I can ship my Bible + Pictures to Dorothy and she never does. |
| 6/23/23 | Chaplin Robinson | Said he would talk to Crosswell about getting my Bible BACK. He will talk to her 5 different times and she never returns any of my Bibles (she has stolen. |
| 6/24/23 | Major Wilcox | Tells me Tiffany Monique James is coming back 6/26/23. She is housed next to me 5 times. Endangering my LIFE. |

Evidence File

| Date | Officer | What happened |
|---|---|---|
| from 4/4/23 - 5/3/23 | Dr Richard H Freidman | He refused to treat me. Freidman worked at N W Houston Hospital. He was reported by nurses to be a pervert. He worked in Labor and Delivery. All he wants to do on this Unit is pap smears and breast exams He denied my Melatonin, went give me A Cortizone shot |
| | Dr Marty Shield and Dr Dunn | Both doctors were run off The Unit for Malpractice Have wrote both of them up. |
| 6/26/23 | Warden Lozada | refuses to answer I-60's about getting my stolen property back from Crosswell. |
| 6/27/23 | Crosswell  ★ | I had to give her $10.20 in 5 stamps to ship my Bible + Pictures to Dorothy. She destroys my Bible + pictures ★ Chaplin Robinson tries to Get them back but doesnt succeed. She deliberately destroyed my Property |
| 6/30/23 | Deleon | Does a cell search and takes down all my stuff down. She even stole my picture at 1987 trans Am. Deleon even cancelled my medical appointment when she should not have. I told Deleon 3 times I needed to go to Medical. |
| July 4 2023 | Williams (from Laundry) | We are notified that we will only get showers every 3 days. (Due to staffing shortages) This is contrary to TDCJ Policy which say we get A shower every day. |
| July 6 2023 | Crosswell + Brown | Took my writ envelopes. The Biscuits we had for breakfast were not cooked so we had nothing to EAT for breakfast. |

16

Evidence File

| Date | Officer involved | What happened |
|------|------------------|---------------|
| 7/8/23 | The inspector General (Harris + Lafontaine) LT Gilliam | We are not getting showers but every 5 days. It is disgusting. Said he would fix the problem but never did. |
| 7/10/23 | Tiffany Monique James  Lozada comes down | gets into fight with china all night long. refuses to talk to inmates about shower problems + cell conditions |
| 7/11/23 | Laundry/Stewart | issues me dirty sheets and won't give me clean ones. |
| 7/12/23 | CPT Hooper | Finally came + talked to me about the STRIP search Espino did in front of Galloza on MAY 30. * They will try to lie and say it didn't happen — when my witnesses say it did. |
| 7/13/23 | CPT Hooper, Wenner, Sobchek  This all took place in  Cell BLOCK | They all strip me out and won't let me go to my IG Appointment. Wenner called SGT McCumber and told him I wasn't coming — when in fact they lied to the I.G. They locked me down in the Day Room (for 3 hours) Mr Taylor was a witness that I asked CPT Hooper to go to the appointment 5 times. Grievance # 0023-1115 I wrote Warden Lozada Wenner will not be allowed to work this Unit any more because of the lies and false reports she told. |
| 7/15/23 | Crosswell | When my Advocate Dorothy came to pick up some items at visitation they were not there. This was my Family Bible, pictures medical records and |
| 7/17/23 | The I G office on Crosswell and Wenner. | Lying filing false reports |

Evidence File

| Date | Officer Involved | What happened |
|------|------------------|---------------|
| 7/19/23 | NP Jennifer Humphreys<br>It almost kills me because of my severe allergies and makes me very sick ✓ | Denies me A mask for my severe allergies and when they spray that chemical spray. |
| 7/20/23 | Herrera | Taking Crosswells place while on vacation. Told her about missing Property at visitation. She did not care at all and would never go look it up. |
| 7/25/23 | Tiffany Monique James | moved in the cell right next to me. |
| 7/26/23 | The IG Mr Harris<br>Carl Sherman | Talks to me about strip search incident wrote him about how screwed up the grievance process is here and would he help me |
| 7/28/23 | NP Humphreys | Refuses to renew my Medications like my doctors in Galveston prescribe. I have lost my Cetrizine and my Tums because they merely fell off and Medical did not re order them like they should. |
| 7/30/23 | Ms Rowe/SGT Brown/SGT Wright | Force me to move to restrictive housing Side 1 cell 1 It is Hot as Hell no Air Conditioning and I Am not supposed to be housed |
|  | Boss Rogers/ Crosswell | While in Restrictive Housing — She had to call Medical twice for me because I was not given any Medications and Property would not bring my Property. |
|  | Erickson/ med tech | Lies about bringing our meds (goes to other side not our side |

# INCIDENT REPORT

The entire years of 2022 and 2023 medical reported me fit to work (when in fact my medical conditions were getting worse and worse because of no treatment.)

I was Assigned A Job: 2nd shift laundry of which there is NO such thing. (0400-Noon)

I was Assigned to FOLD clothes (something I couldn't do because of A crushed left hand)

I couldn't work there because of the Heat - it was NOT Air Conditioned

I couldn't work there because of my allergies - I Am allergic to chemicals. (Especially bleach)

DELIBERATE Indifference:

Everything TDCJ and UTMB did WAS Fraud. They just wanted to collect STATE FUNDs.

They knew I couldn't work, because of TDIU in file and I was Permanantly Medically Unassigned in 2019 by Dr James Hodges. They merely deleted these facts from my Medical File.

CASE # 6.24-cv-00512

# Incident that ALMOST CAUSED
## MY DEATH

On Aug 1 2023 at 11:00 Am SGT Brown and SGT Wright forcefully removed me from Patrick O Daniel Unit. They through me on transport to Hobby Unit! Both these officers knew full well - I was elderly. I had A heat score (of 2) and I should not be assigned to Hobby Unit because it is not Air Conditioned, and does not meet my medical conditions.

The bus I was forced to ride on was not Air Conditioned and the ride was one hour and fifteen minutes. It was 100's.

When I went to medical on Hobby I was dizzy, neaseaous and left out in the Heat for an hour. When they were ready to Process me in - I immediately OPI(d) ← caused A fuss, and told them rapidly I didn't belong there.

Five people "Grabbed" me and were Going to beat me if I didn't Go Get housed. When Going to be housed - I was threatened to be chemically sprayed if I didn't climb stairs to the second floor of # 1 Bldg (C) Dorm.

I was hand cuffed behind my back - slammed into a wall face first and told to climb the stairs or be beaten. I have A climbing restriction, and bad feet, knees and Ankles and cannot climb!

I was forcefully housed in Bldg C / Second Floor 207 It was an absolutely filthy un Air Conditioned Cell I should never have been placed IN. I was completely over heated Approximately 15 minutes later A black officer came and picked me Up.

(1)

## INCIDENT THAT ALMOST CAUSED MY DEATH (cont)

Once I was pulled and taken to CLASSIFICATION again - Capt Sanchez kept me in her office for an hour to rectify my situation. Hobbys Warden called Warden Lozada and made immediate arrangements to return me to Patrick O Daniel, because everything I told them about me was true and Patrick O Daniel lied about everything.

One hour later (the same bus) that had Delivered me to Hobby Picked me back up to return me to Patrick O Daniel. I left Hobby at 3:30 Pm and returned approx 5:00 pm to Patrick O Daniel. CPT Gilliam + SGT Long met me at the Gate and immediately called Mr Montenegro to Get me housed in CB2-27 the same cell I left from that morning.
    Since I had not eaten all day because of being Transported all over Montenegro made sure I had Food. I was suffering from Extreme heat exhaustion, dehydration and Heat Anxiety from being in Extreme (100° - 103°) all day without Air Conditioning. I immediately filed A Grievance and filed A complaint with Medical too.

Deliberate Indifference: This was the Second Time this Unit (Patrick O Daniel) knew I should not be Assigned to Hobby Unit because of my Heat Score, housing requirements and Medical Conditions.

Incident
Aug 1 2023  Sgt Wright + Sgt Brown
take me to Hobby Unit. Violate
my Heat Score by doing so!

# Evidence Log (Aug 2023)

| Date | Officer Involved | What happened |
|---|---|---|
| Sat July 29 - Wednesday Aug 2, 2023 | ALL in CB2. | For 5 days we go without showers again. This is getting ridiculous |
| 8/3/23 (thurs) | Warden Lozada | Heat Score issue AGAIN. Because of all the fights in CB2 the Warden denies us Commissary |
| 8/4/23 | Mr Montenegro | U.C.C. confirms I must work (Gases) inmate Tyre Cyrus at 11:30 pm makes us all sick. My lungs are on fire. I will be sick for a week. Report being extremely allergic to chemical spray. Lady Ms Lockett so tired of all the Fights in Cell Block (walks off the Job) |
| 8/5/23 | Mr Baker at Medical | (0020) am had to see Medical about being gased) can't stop coughing, eyes running, nose running very sick. Finally Got showers with a Razor after 7 days without. Had to see LT Keeler about Heat Score |
| 8/7/23 | Medical / No meds | No getting Cetrizine, Ibuprophen or tums |
| 8/8/23 | Medical TOGO | Finally Got Medical Appt with TOGO and it got cancelled. I wrote the I.G. and Curl Shermans office about Medical Again. |
| 8/9/23 | Medical / Friedman / | My vital signs were really bad BP 132/97 and nurse Roberts did not want to write them down. I was sick. |
| 8/10/23 ✳ | Hickman at Patrick D Dan. Bus # 53332  Mr Sanders (guard in Bus shack) wouldn't give water  C5 Taliblue and Coursey were bus drivers and coordinators. | No showers / told going for mammo to Crane Unit. My Appt was to be for 0830. I was put on Un Air Conditioned Bus and then 30 minutes later returned to Patrick D Daniel because Appt was at 1430 for Ortho on home Unit! I waited 3 hours in HOT Bus shack but was then returned to cell CB2-27 I hadn't eaten all day. I then waited all afternoon for Appt. Then No one from Medical came to see me or bring my Ortho stuff. No medical at ALL this day |

# Evidence Log

| DATE | OFFICERs Involved | What happened |
|---|---|---|
| 8/10/23 Thurs Continued | Hickman, Sanders, Courtnay, Taliblue, SGT Wright Nurse Sloan | Waited all afternoon for medical appointment SGT Wright said she would come get me SGT Wright never came to get me and I missed my Medical Appt because of them! (UTMB + TDCJ not coordinating) I wrote a Grievance but the whole issue was never resolved. |
| 8/11/23 | Tiffany Monique James TDC # 2253338 | Jammed up her toilet so she could get moved way up front. (to # 29 cell) |
| 8/12/23 (sat) | SLOAN/ Medical | SLOAN told me they Put me down for No show at Medical |
| 8/13/23 | Tiffany Monique James | Throws Urine in Robbie Halls cell. Guards DO NOTHING. |
| 8/14/23 | Governor Abbott CPT Gilliam/ CPT Hooper | Does not answer my Request for Medical PARDON. Wrote this court about other Actions I could TAKE. (Poor response) There are so many Problems in Cell Block I that CPT Gilliam gets relieved and CPT Hooper has to take over position of bldg supervisor. |
| 8/16/23 | Mr Farley | (A new employee.) Gave him my ID/ and Commissary List and he lost them both. They were missing for two days. I missed Commissary because of his screw ups. |
| 8/20/23 | MS Costillo / MS Herrera | Did not notify me I had visit came to strip search me And hassled me the whole time. Visit from my Advocate. |
|  | JPAY | Never received my MAIL telling me about my VISIT 3 days prior. |
|  | Mr Montenegro | Sprayed two inmates at 9:05 pm made me extremely sick Again. He uses entirely to much spray and then the area is never deconned deconned. Wrote Carl Sherman. Wrote Grievance too. |
| 8/23/23 | SGT Long / Dr Friedman. | At 0730 Long came to get me for Friedman Appt. She injured my sore left hand cutting me. When I told her to stop. She slammed the Cell shut and told medical I was not coming. Bold face lie. |

# Evidence Log

| Date | Officer Involved | What happened |
|---|---|---|
| 8/23/23 | Sgt Long | When she cuffed me to fight on my sore left hand — she took the cuffs off and slammed the slot shut. She then lied and called medical saying I wasn't coming — when in fact she injured me and I needed to go to medical. |
| | Dr Friedman | Did not get chance to see him in medical. |
| | Chelsea Reinacher | Reported to her my injury to my left hand it was redt swollen |
| | IG / Mr Harris | I also reported to Mr Harris that Long had filed a false report to medical. |
| | James, Brooks and Marquez | Talk all night about how Marquez has HIV. James causes trouble all night long. |
| 8/25/23 | Humphreys — medical. Just like on 7/19/24 ← | Denies me being able to get a mask for COVID prevention. Denies I have severe allergies. Denies putting in my medical records — I should not be chemically sprayed because it makes me violently ill. |
| | | I grieve her for not treating me medically and not providing any treatment, care, or |
| | | XXX |
| | | There is COVID, Herpes, and HIV in Cell Block I and we have no protection what so ever. |
| | Sarah Henderson (AKA Country. | Sarah Henderson — even had MERSA and made her work in the Chow Hall. |
| 9/6/23 | CO Lowe | has to use chemical spray again to stop two inmates Marquez and Lexi from fighting. It makes me violently sick again for 5 days. |
| 9/8/23 | Securus | Our tablets are coming — our address has to change. This will screw up our mail for over 8 months. Lots of mail tampering occurs, and some of my mail takes over a month to be delivered. |

# Evidence Log

| Date | Officer Involved | What happened |
|---|---|---|
| 9/9/23 | Montenegro Medical / Russian nurse | Sprays two inmates who are fighting makes me sick again. When she comes to check the dorm I report I am sick from chemical spray. |
| 9/13/23 | Nurse Sloan | Talked to her to see about medical APPT. She said because of State wide Lockdown Medical was two weeks behind in appointments. |
| 9/15/23 | inmate # 48 | Started a Fire in her cell. The whole dorm smelled of smoke. It was horrible. |
| 9/16/23 | U.C.C. / The warden + and Newton from Classification | Need to have CPT Gilliam + Ms Teague there to have someone positive on my side |
| | (when) Ms Covin. | The officer for today is Ms Covin She comes in to work and is very sick. She has COVID. Over half our unit has COVID |
| 9/18/23 | Wright – Classification, Warden Miller and Bryan Collier | They are insisting I have a Job and work in Laundry and I dont. I cannot work period. |
| 9/19/23 | Tiffany Monique James | At 11:30 Am James is again placed right next to me for the 4th time. Constant Abuse. |
| | Dr Friedman | Go to see Friedman about my migraines. He gives me absolutely nothing. Does nothing for me. He does nothing about my Hand He will not annotate my records about "Chemical Spray". |
| 9/25/23 | Classification + Records in Huntsville / Mr Fitzpatrick | Will not do one thing About my Heat Score or work. |
| 9/26/23 | Medical | Keeps bringing me Propanerolol when I tell them I cant take it Makes migraines worse not better |

Evidence LOG

| Date | OFFICER INVOLVED | WHAT HAPPENED |
|---|---|---|
| 9/25/23 | Maes from PSYCH / Teague | Refuses to treat my PTSD or Anxiety. Teague says I am not on the schedule so how do I get on it. |
| 9/26/23 | Ms Montgomery | Not getting mail. Our mail has been screwed up for weeks. Sometimes we get mail and sometimes we dont. |
| 9/27/23 | James and Classification Wright. | Had to Grieve having James constantly moved next to me. She was my Attacker and I believe classification is deliberately trying to Aggrevate me. |
| 9/28/23 | Humphreys | Had 0830 Appt but never got called out to go. |
| 9/29/23 | Humphreys | Still cancels all my medical stuff. Finally after the 4th notice - she would cancel Propanerolol but it keeps coming back. |
| 9/30/23 | MAILROOM / Hartley | Not getting mail because of the Dallas Address. My religious mail is all screwed up. |
| 10/5/23 | State Attorney General Ken Paxton | Received Large Packet of Medical Records. Also received paper work about closing Plane State Jail Facility. |
| 10/8/23 | Montenegro | At 8:00 pmm he sprayed another inmate. this guy is A TOTAL Fanatic. |
| 10/10/23 | Bryan Collier    on the Unit | Collier visits unit for a Graduation but never talks to any inmates. |
| 10/12/23 | SGT Pantoja | Been reporting James incidents for months. Starting and instigating. Gave no help and NO response. |
| 10/13/23 | Sent to VA Greg Holland | E44.2 to Greg Holland for Local Care and Treatment. Never responded. |
|  | LOCK DOWN | We are on Lockdown again due to inmates fighting. |
| 10/16/23 | Wrote Warden Lozada CLASSIFICATION and PREA | Failure to Protect and keep James away from me. |

# Evidence Log

| Date | OFFICER INV | What happened |
|------|-------------|---------------|
| 10/16/23 | CO Freeman from Education CTR | At 8:15 PM inmate # 37 started a FIRE. |
| 10/17/23 | Warden Lozada  Inmate | The Dorm is freezing cold and she refuses to adjust the thermo stat. at 1:30 we had another fire in the Dorm |
| 10/19/23 | Brittany Ryan (Veterans Social Services 1901 Memorial Drive Temple Texas 76504  Crosswell (stole most) | Need help to obtain treatment for my PTSD and anxiety. TDCJ/UTMB refuse to treat me. Crosswell has stole most of my legal Property |
| 10/20/23 | Crosswell, Pantoja and Herrera  Mr. Taylor (was my Witness) (he was picket) | Hit my cell on illegal search/ they were just in my cell yesterday. stole my WATCH, totally screwed up all my legal stuff. Done strickly to Harass me. |
| 10/22/23 | Crosswell, Pantoja, Herrera  Weber, S  MAJOR Howard (Chow) | Wrote up Grievances on all of them — The Grievance Officer flat out does not want to process Grievances regardless of how factual they are. She always has some minor excuse. Wrote her up about all the short rations of food we have been getting. Rarely any drinks. |
| 10/26/23 | Humphreys medical | Didnt Go this Appt— need to see someone in Medical who will do something. |
| 10/27/23 (Fri) | SGT Galloza + CO Harris  MS Andrews and CO Talibue / SGT Long  SGT Long  Humphreys | Picked me up for Mammo Appt. Re injured my sore wrist cuffing me up They also hurt my right wrist cuffing me way to tight Double checked my cuffs knew they were way to tight and they bruised my hands Refuses to give me cuff pass for travel. |
| 10/28/23 | Medical / Lorrance | Reported injuries from cuffing incident! MS (Nurse) Lorrance here gave me ICE like she said she would. Finally after 10 hours MS Jones (a CO) gave me some ICE |
| 10/31/23 | Medical / Humphreys | My Blood Pressure was extremely high 155/90. she did absolutely nothing about all the bruises on my wrist she was really miserable. |

# Evidence Chart

| Date | OFFICER INVOL. | WHAT HAPPENED |
|------|----------------|---------------|
| NOV 1 2023 | Warden Lozada<br>Humphreys / MS Wright<br>CLASSIFICAT. | Fails to answer I60's as required by TDCJ Handbook<br>MRIS to Carole Young / OUT OF PRISON<br>OPI on Humphreys, she fails to assist me with an medical issues. |
| 11/3/23 | SGT Wright | Wright refuses to feed me because I don't want to go in the Dayroom to eat<br>She refused to feed me twice at lunch<br>When Major James came by two hours later She Gave me A Johnny for Lunch |
| 11/6/23 | Tiffany Monique James<br>Medical | Put back in Cell #28 right next to me again.<br>All my meds ran out again and had to Re order everything. |
| 11/7/23 | CLASSIFCATION / WRIGHT | keeps messing around with my come up date<br>MS TeaGue from P54ch Passed by — she finally talked with me. |
| 11/8/23 | LT Smith | talked to him about Henricat Crosswell stealing my WATCH |
| 11/9/23 | Medical | Been 5 days without my Medicine already |
| 11/10/23 | Warden Lozada | Absolutely freezing cold in here / she refuses to give us heat. |
| 11/11/23 | Medical / Friedman | No meds for over a week now and cant get appt with Friedman. |
| | Herrera | When my advocate (Dorothy Wooley) came to visit Herrera made mention that my WATCH and all my books were not ready for pick up. They would never be picked up or shipped because PROPERTY KEPT them. |
| 11/13/23 | Friedman / Medical | Had Friedman Appt at 0830 at 0845 CO Rowe told me all Friedman passes were cancelled. |
| | Major James / CPT Gilliam | Spoke to them both about Crosswell stealing my watch. She never plans to return it to me. |
| 11/14/23 | Governor Abbott / Bryan Collier | Wrote about my treatment, in care of TDCJ and their failure to answer their mail regarding STATE OF TEXAS issues and Care + treatment while in Prison |
| | Pantejo | Wrote her up because the books and things my Advocate (Dorothy) were supposed to get At Visitation were returned to me (they didnt get delivered |

<u>Evidence Log</u> : Memo for Court Record

On Thursday November 16 2023 when I went medical on Patrick O Daniel Unit MS Wolverton was the TDCJ officer on duty. My Appointment was at 0830 and I was not seen until 10.30 Am. The waiting area was <u>PACKED.</u>

The entire time I was forced to wait to be seen - there were two very, very, sick inmates who both had COVID.

One of the ladies a middle aged blond haired lady was so sick she could barely sit on the bench. This lady was hAcking her lungs out, red as A beet and was bent over in PAIN. SHE had come out of the entire dorm that had COVID and was walking all over the FAcility carrying COVID!

When numerous other inmates came to Medical - Because these two ladies were so SICK - they cancelled their Appointments so they wouldn't have to be <u>Exposed to COVID</u> directly while why being locked in medical with them.

The Unit had NO QUARANTINE Procedures for segregating sick from Healthy inmates and on 10 occassions denied me A Medical MAsk; and taken my Mask when I had one.

Because I Am elderly - I Am At high risk for COVID.

WILBERT : 6:24-cv-00512

# Evidence Chart

| DATE | OFFICER Inv | What happened |
|---|---|---|
| 11/15/23 | Friedman / Dorman | Friedman didn't come to work have to reschedule Medical APT. |
| 11/16/23 | Friedman, Black MS Harris | Couldn't go to my rescheduled medical Appt TDCJ put me on PHD status and no one would coordinate taking me ~~~~ When I finally saw Friedman - he did Nothing for my migraines / no treatment and my Pill Pass expired. |
| | Croswell | Gave me A Case because I asked her who her attorney is, called her A Bitch |
| 11/17/23 | Securus | Tablet not working, need headset, phone not working It will take them 3 mos to get me A new headset. |
| | LT Tyson | Got A case for Crossing my legs in U.C.C. (Total harassment) |
| | Medical | COVID is running rampant / medical won't give us mask. Entire dorms are down / classification keeps moving sick inmates into Dorms. No Quarantine. |
| | CO WILLIS / CO Jefferson | The only two officers who will give Mask to inmates to prevent them from Getting COVID. |
| 11/20/23 | ESPINO | Does such of the entire dorm just for harassment. Not necessary just before Thanksgiving. |
| 11/23/23 | STAFF / Warden Williams from HILLTOP | Both of my neighbor inmates are sick with COVID. |
| 11/26/23 | Warden Lozada | Finally after (5) months of complaining how COLD it is in Cell BLOCK they got the HEAT FIXED. |
| 11/27/23 | Medical / Sloan | My BLOOD pressure was through the roof 167/109 machine registering constant yellow Told Sloan I cant walk any longer without constant pain. |
| | Major Howard / | I Am put on FOOD LOAF for a week because I acted up in the Chow Hall and was arrested. I Am on PHD. FOOD LOAF is old garbage and it is illegal. |

# Evidence Chart

| Date | Person Involved | What Happened |
|---|---|---|
| 11/28/23 | MS Head<br>MS Teague | Because I am on PHD status I cannot go to my Law Library Appointment. Was supposed to see me today but she did NOT |
| 11/29/23 | STAFF / MS Hickman | An inmate told me FOOD LOAF is just left over Garbage baked in Pancake Batter. I will not EAT for A week because of horrible FOOD LOAF I loose 5lbs in a week. I only have water and Asprin. |
| 11/30/23 ☆ | CO Ruiz and Espino<br>Herrera and Pantoja ☆ | Stealing inmates property while trying to get them moved. Stealing commissary saying it is not property labeled. (when it is) they are just being thieves like they have been so many times (See Theft RING). I Also have all the items that were stolen from me. |
| 12/1/23 | MS Teague | Came down to Cell Block but refused to speak to me about Chow Hall incident 11/27 in November. She also refuses to treat me for PTSD or Anxiety. And I have been asking for help for months. |
| 12/5/23 | Carl Sherman | Wrote him about all the illegal stuff that goes on here. I will remain on all Restrictions until January 31, 2024. We are shorted food again No coffee/no sugar no juice. Nothing for breakfast to drink. |
| | Major Howard | At 8:44 Am, Howard came down with all her stuff yelling and screaming at me because I file Grievances on FOOD shortages. |
| 12/7/23 | Nurse Magansky (little Russian Nurse) | Told me because Medical is such A mess to RESUBMIT all my SICK SLIPS. This is A major inconvience. |
| 12/8/23 | Crosswell | She will still not pick up my property that needs to go to Visitation so Dorothy can pick it up. (8 weeks now) |

Evidence Chart

| Date | OFFICER INV | WHAT HAPPENED |
|------|-------------|---------------|
| 12/11/23 | Nurse Sloan | Am not on Friedmans schedule today will be rescheduled tomorrow |
| 12/12/23 | Friedman | My blood pressure was horrible 146/119 Friedman would do Absolutely nothing for me and he threw me out of Medical |
| 12/13/23 | CO Willis (STAFF) | Made me move from CB1-14 to CB2-49 — it was a filthy cell and I was mishoused again. I belong in CB1. When things couldn't get worse Tiffany Monique James is moved into CB2-41 right next to me for the 6th time. |
| 12/14/23 | Securus | Securus tablet manager shows up — stands right next to me. Does not fix my tablet says he will be back next week + never shows back up. (Been 10 weeks now) |
| 12/15/23 | Sloan/Humphreys medical | Won't see Humphreys. Caused me nothing but grief. Requested second opinion on all her work. |
| 12/17/23 | Sloan/Medical | Comes by to tell me Friedman won't be here all week. |
| 12/18/23 | Warden Lozada / CPT Hooper | Haven't been getting showers for 3-5 days at a time. |
| 12/20/23 | Hartley in Mailroom | She wants me to readdress all my personal mail to the Dallas Address. Three months later she will change her mind. For one whole month I get no mail then she lies and tells me I have no mail. In January 2024 I will receive 30 days worth of mail that Hartley said I didn't have. |
| 12/21/23 | Ms Stone Veterans Administration Murphy — Count Room + Wright CLASSIFICATION | Have compensation + Pension Exam Filed Grievances on both, can't be moved to CB1 (appropriate housing because) because it is now full. |
| 12/24/23 | Abbott | The miserable treatment + living conditions on this unit. |
| | Warden Miller/Major James | Had 45 minute meeting in James office Lack of medical, speaking with Carl Sherman G5's not getting showers. Being mis housed over 20 times. What things need to be fixed on Unit Laundry, cell block heat (etc) |

# Evidence Chart

| Date | OFFICER involved | What it is about |
|------|------------------|------------------|
| 12/25/23 | Ms Norman / Hartley Norman | Have not received any Christmas mail. Our food was served last in CBZ because our food went to CB1 side - when we got served last - our Christmas Cookies and oranges were missing out of our bags. |
| 12/26/23 | Abbott / Pardons and Paroles | Sent another letter and Parole Packet never received a response |
| 12/27/23 | Hartley / Mailroom Warden Miller and Major James CO Wenner | Discuss where is my missing mail. Been 3 weeks now Being mishoused in CBZ, needing to get moved to CB1 and contacting Carl Sherman → There is yellow Bio hazard Bag on CB1 Door / COVID is rampant. |
| 12/28/23 | CPT Hooper | Not Getting showers. Usually COVIN is the only officer who gives them. And it is only every 3-5 days. |
| 12/29/23 | SGT Galloza MS Willis is witness. | Gives me major case for not giving up my I.D Card [not supposed to give it up]. WILLIS testified I showed him my ID Card 3 times and I gave him my name and TDCJ number. |
| 12/30/23 | Major Howard - Roux | Chow Hall shorts us Food Again no drinks at all for breakfast Denies me A shower - she here's came down run to check to see who wanted shower. |

↑ 2023 ↑

STARTING JAN. 2024.

# Evidence Chart

| DATE | OFFICER INV | WHAT HAPPENED |
|------|-------------|---------------|
| 1/1/2024 | CLASSIFICATIONS/WRIGHT | Told them I was Veteran and would need to go to VET Dorm when I came up. |
| 1/2/24 | People from Huntsville visit It was (ACA) | The people who checked the dorm (CB2) were very unhappy. They were very rude too |
| 1/3/24 | Friedman/medical | made to go at 0930. Appt wasn't until 11:30 had A Blood test found Vitamin deficient in B12 and D. Did X-Ray on my BACK. |
| 1/5/24 | SGT Wright / LT Smith | She supposedly investigated the case Galleza gave me over. I.D. Card. She served it to me today. She cannot (DO BOTH)... This is A Violation. |
| 1/6/24 | Sarah Peters server from CHOW Hall | Dumped entire Container of Coffee it was to heavy for her to carry. When MS Church was called to get more coffee — Church refused to give us anything to drink, (CB2) The kitchen throws away big Containers of Coffee everyday! |
| 1/7/24 | Chow Hall / Major Howard SGT Beasley | We did not get Coffee/sugar/ or bread with breakfast again. Tried to TRIP me when I came back from dinner. |
| 1/8/24 | CHOW Hall | We did not get Coffee with breakfast. We were the last ones to EAT. |
| 1/9/24 | SGT ESPINO | Gives me A case for wearing a Hat to keep warm. It is freezing outside |
| 1/11/24 | CHOW Hall | There is no drinks for breakfast, no jelly for Biscuit, No fruit, no grits and no sugar They ran four trays short Eggs were Cold horrible food. Chow hall is messing up. |
| 1/15/24 | Chow Hall Warden Lozada | Missing food again for breakfast no cereal, no sugar, no coffee Never Gets with me about all these ridiculous Cases officers are writing. Come to find out the reasons officers are writing so many frivolous cases is because that is how they determine who will get promoted. |
| 1/16/24 | Warden Lozada | The heat goes out — it is −10 degrees outside, freezing inside too! |
| | CO Montgomery | Told to pack up and move over to CB2-45 I Am being mishoused again. |
| 1/17/24 | Talk to Warden Lozada | Being mishoused in CB2 and getting treated like A G5 when I AM A G4. |

Evidence Chart

| Date | Person Involved | What happened |
|------|----------------|---------------|
| 1/19/24 | Humphreys / medical | Gave me Tegretol for pain and scheduled MRI's at Lane Murray. |
| | Medical / Dr Rev Wilbur ✳ | I was not told that I had an appt in Galveston on the 18th. |
| | Humphreys | Sent SGT Montoya and SGT Ruiz to confiscate my back brace and my zip shirt. She did not feel like renewing my passes for them. 2 Days later after I "Grieved" her I got them BACK. |
| | Humphreys | Wrote her butt up because all my passes and restrictions are wrong. She hasn't done anything to correct them. |
| 1/22/24 | Humphreys, Ms Willis / Warden Lozada | Straightens out passes, get my back brace + zip shirt pass back and my stuff makes me move from CB2-42 B to CB2-51 B (it is a filthy mess) and I am mishoused again. |
| 1/25/24 | Humphreys | The X Ray taken on my back did not reflect my herniated disk (L3,L4,L5) pinched nerve at S4 and Arthritis at my spine. That is why I need MRI and Epidural shots. |
| | Crosswell | Came by my cell harassing me. I turned her in the second time for destroying my property. |
| 1/26/24 | Ms Williams / in laundry | Gives me screwed up zip shirts (they are filthy and not the right size). She wants to take my clean white pants I had to clean myself. |
| 1/30/24 | Ms Crosswell / Mr Taylor | Got into a knock down drag out scrap match. About racism + all kinds of stuff, lots of yelling + big disagreements. Very tense situation. |
| 2/1/24 | Humphreys | Won't give slow eating pass, won't give Gabapentin, will do my blood work. |
| (2/2/24) | Humphreys / (Robertson) | My B/P was awful (133/92) machine registering yellow. Robertson threw me out, she said I was late for my appt when Yvonne Espinosa checked in the same time. I did and I wasn't late and neither was Espinosa. Robertson then went flying into Humphreys told her I didn't have pass for my shirt (I did). |
| | I wasn't late either I had been in waiting area for two hours. | |

# Evidence Chart

| Date | Person Involved | What happened |
|------|----------------|---------------|
| 2/2/24 | Vallaradez | Wanted me to go to Plane State for MRI's. I can go to Lane Murray it is closer. Should have been scheduled at Murray. |
| 2/4/24 | Weeks | At 11:40 pm MS Weeks ask me what size shoes I wear for the trip to Galveston on Monday (the 5th). I said I am not going. To much of a hassle. |
| 2/6/24 | Vallaradez / Warden Lozada | At 0830 Vallaradez came by told me to pack up. I was getting moved back to CB1-143. When it came time for me to move Vallaradez would not let me use the cart. (She became very argumentative) When Vallaradez relief came on to give her a break (she fought with this lady too) This lady then went to Warden Lozada, Lozada came down to CB2 and relieved Vallaradez and sent her to Hughes Unit. I filed a staff complaint the same day. |
| 2/7/24 | CHOW Hall Classification/Wright | We had no coffee, no eggs and only white bread for breakfast. (Short rations again) I am now assigned to some job called Medical Squad 2 it means cleaning Medical, I am not supposed to be around chemicals. |
| 2/8/24 | Levya/Law Library | Gives me a hand time about using the Law Library. Insist she won't help me with mail or make an appointments for me. She also will not get any new materials the library needs to update what they have. Filed a Grievance. Took her 8 months to obtain my Inmate Trust Fund Statements for Court. |
| 2/9/24 | QMS/Medical / VA Law Library Levya | 0800 VA Appt. No one knew where it was (Dr Giove) 0830 couldn't go because was in the Wardens office with Dr Giove |
| 2/12/24 | MS Willis / CB1 Major James / CPT Hooper LT Smith | Force Unit Transfer I wait all morning to get moved. Willis won't let me have lunch. I am completely raped at STRIP search all my medical items taken and absolute night mare prep to transport. Given Filthy clothes to wear. |
| | James (lies to me about) → | James tells me I am going to Hanky Unit (when in fact I am |
| | Deliberate Indifference She Incident Report. | being Mishoused Again at Hobby This is Third time at wrong Unit |

<u>INCIDENT REPORT</u> : Crimes Against Humanity

Monday Feb 12 2024 at 11:00 Am I was being forceably removed from my Home Unit: Patrick O'Daniel.

At 0200 hours I was told to Pack because I was being Unit Transferred. A transfer I DID NOT NEED.

I waited all Morning and was denied Lunch because I might be called any time to Go. At 11:00 Am I was called to leave. This is when the Crimes Against Humanity start (No one in Command knew where I was to report.) Finally I was told to Go to MPF (multi purpose facility)

Once inside MPF LSgt Espino and CO. Farrell started barking orders, and taking All my Property Away from me.) This Property included my Emergency Fan, my back brace, my compression glove and my orthopedic shoes. NO One knew or would let me take my Medical Equipment or wear it as prescribed on my MEDICAL Pass(es) (I Also had A ZIP SHIRT)

When CO Farrell from Hill Top started stripping me out — SHE was Extremely RACIST, MEAN and Evil. I had clean clothes on: And she had me standing on A Filthy Floor in my BARE FEET (NAKED.)

There was A PILE of Filthy RAGS in a Pile of Dirt on the Floor and once she had My clean clothes she wanted me to WEAR the RAGS. There WAS Also NO ZIP shirt. She had A whole shelf full of clean stuff behind me.

I took one look at the Rags that had Human WASTE — Feces and Urine on them, grease and oil, sweat stains and smelled like CAT Urine, and told Farrell these are Not Fit to wear, and I need my clean clothes BACK. Not only did Farrell not Give me my clean clothes — SHE SAID if I didn't wear the RAGS I would be Beaten and thrown on the BUS.

I again told Farrell I needed clean clothes And she then Called an ICS on me! This means she said I was causing trouble. As soon as the ICS was called — 8 officers responded.

(1)

Incident Report: Crimes Against Humanity

Feb 12 2024 (con) The officers that came were LT Terry Smith, Major Lashonda James CPT Alice Hooper, Tommy Sanders, Latavia Willis and Dalesha Glover and two other officers.

I was standing in my underwear while male officers were present AND I SHOWED them ALL how the filthy the clothes were. I Also told them About the SCABBIES on the Unit AND the CLOTHES HAD NOT even been WASHED! None of them CARED — they just wanted me to hurry up AND LEAVE.
I was then forced to wear the filthy clothes, orange shoes that I couldn't walk in and my medical items taken. As soon as I had the filthy clothes on they made me ITCH.

When Farrell went to CUFF me — " she actually slapped my sore left hand (which has been crushed) forced my hands into an unusual position (they didn't Go) and threatened to take all my restrictions and passes and throw them in A Bag. So Was NOT to have them on me (the way they are required to be ') They should have never been taken by TDCJ rule (they are to be on me at ALL Times.

Major James then walked me to the BUS (she lied to me and said) that I was GOING to Henley Unit — when in fact I was dropped off At HOBBY UNIT. Patrick O Daniel did every thing they could to Degrade, Humiliate, and Abuse me. They even took my coat on a freezing cold day. I was forced to walk in orange shoes and almost fell and broke my neck! My toilet paper was taken, and I was NOT even allowed to have A water bottle.

After a bus ride of one hour + half we arrived At Hobby Unit in Marlin, Texas. Hobby Unit knew I should NOT Be there!

To Ann Archer

Case Number 6:24. CV-00512

MEDICAL PROBLEMS that Persisted. COVID Related and others: Moved from Hobby Unit to the Hospital Unit Carol YounG. For Serious Hand injury!

02/2/20 Numerous Medical Problems reported upon Intake:
Pregnant ladies Blood Pressure was all over the place (Put on Regiment)(2 weeks)
wrong
Needed A BACK Brace — was given Abdominal Binder
Reported migraines/Pain — requested extra toilet paper
was denied

Told about not being able to use left hand — they wanted
NEED to Put me in Work in Laundry (Needed to get NO Repititive use of hand restrictions)

Need Medically Unassigned Status Was told I could be a One Handed Laundry Folder (ridiculous)
Not being treated for PTSD or Anxiety Denied
Needed to Get Chemical Restriction — Denied

04/27/20 COVID TESTING — Test is MANDATORY — they won't segregate THE SICK FROM HEALTHY. (ALL HOUSED TOGETHER)

05/11/20 Won't Give extra roll of toilet PAPER — They know I have migraines
Crush Hand Injury. (Constant Referrals) NO Action
Want to give me Fake medicine that doesn't work (Psych Meds)
Give me cheap Arm Sleeve — instead of Wrist brace and casting my Fingers
Won't put me in PAin Mgmt! (The way I should be
Explain Feet and Ankle Problem — they won't do anything (Need Gabapentin, won't give it.) Having Difficulty walking (Neuropathy)
Denied Ensure and Multivitamins (Health + Nutrition)

While at Carol Young Unit — The COVID Pandemic was RAGGING — There was NO Seperation (Quarantine) of Healthy Inmates and SICK. TDCJ kept constantly moving SICK Inmates into our Dorm

Problem: I am HIGH Risk for COVID!
When I complained and filed Grievances (the Hospital Unit wouldnt let me stay there and they moved me July 1 2021 and I was Abandoned at Plane State until July 16 2021

While in Cell BLOCK I + II

1) Were not given cleaning supplies of any kind (Cells were Filthy)
2) Sick officers came to work "would spread COVID
3) Inmates with COVID, MERSA, HIV, Herpes, TB all housed together
4) officers didn't want to Give us showers — we would go
    5-7 days without showers

PLANE STATE JAIL FACILITY is Not Safe to Travel through.
(Unconstitutionally Safe Cell Conditions )
1) Sewer water in all cells
2) Food + drink not fit to eat / Kitchen had Rats + ceiling
    fell in.
3) Facility was Condemned over 10 years Ago  should be closed
4) Falsely registered under another Facilities Name (Henley)
5) No Air Conditioning.

Allergic to Pepper Spray and Mace — when officers use these chemicals
    on Inmates (it makes me extremely ill) sometimes up
    to (5) days. I have requested that Medical Annotate
    my Medical Fik > Not to spray me. They refuse to
    do so. ←——— I am never given any reason why they
    wont do this. Been reporting this issue since 2022
    because MACE or Pepper Spray is used ALLOT in
    Cell Block ∘∘∘ I have been Around (not involved)
    in at least 8 (excess use of Force incidents) and
    do to severe "Allergies" been Violently ill each
    time. I am lucky I DIDNT DIE.
    My medical records need to be Annotated
    Medical Refuses to cooperate or do this.

Memo: Aug 2023 went to U.C.C. / confirmed I had to work
    SLOAN puts me down as No shows on Aug 10 2023
    when L Medical scheduler scheduled to many and
    my Appt was cancelled.
    On Aug 12 — SLOAN confirms its in my Medical
    Records I am A No Show.

devices that occured while on Hobby Unit (Feb 12 2024 until March 20 2024)

Force moved off my Home Unit

Should not have been sent there! Due to Heat Score and No single cell Accomodations

Twice have been returned to home unit from Hobby.

2/12 Incident with Farell over transport (wouldn't Allow medical devices)

During U.C.C. at Hobby I OPI with A CPT Sanchez

Was assigned to C1-1B (A Double Cell) I'm Single Cell

Mr Carl Sherman (STATE REP) told me iN Nov(23) that my Heat Score had been deleted

Had to get Ahold of CLASIFICATION Huntsville

On the movement day (it was freezing outside) it was 12° and I was forced to be OUTSIDE in Shirt sleeves and NO Coat. (Jacket taken at Patrick O Daniel)

U.C.C. continually calls me A Racist/harusses) and mennaces me.

2/13/24  I get A Bunky named Happy. I am single cell restricted not supposed to have Bunky. (Talked to Mr Rivers About this)

wrote PREA and I.G.

2/14/24 The Orientation (Captain) (an Oriental guy) refuses to hear my complaints About being on this Unit. He refuses to Give me Orientation Handbook, A hygiene pak with toilet paper, or soap or any Unit information.

At 10:30 Laundry called I was finally given All clean clothes, two zip Shirts, And A Jacket after freezing for two days.

Tried to talk to Rank/ Major Williams who refused to talk to me! At lunch I again tried to talk to Williams

Note: This Unit does not want to Give out I60's or answer inmate Questions. I had to continue to speak with CApt Sanchez.

(1)

Incidents that occued while on Hobby Unit (cont)

2/13/24    Audit # 2024-1000 having my heat score deleted
my Heat Score was (P02) and I am mishoused on
Hobby. There is NO single cells here/ and there is
NO 24 hour medical
Complaint to Major Williams (not getting hygiene) or
anything when arriving on Unit)

Audit # 2024-1001   wrote them about Getting Heat
Score back

I G0 to Warden About Getting moved Audit # 2024-1002
You could even send me to Sycamore.

Audit # 2024-1003 Diabolical Mess  moving me here

2/15/24  Audit # 2024-1004    cont I G0 to Medical About needs
            2024-1005    Not properly in processed/ No hygiene
            2024-1006    Being denied (dinner) Food
            2024-1007    A. Nwokedi   Heat Score/medically
                         unassigned/ migraines/ doing MRI's
                         Locally at LM, CUFF Pass/one day
                         transport.
            2024-1008    COVID/Risk going to Plane State/ one day
                         transport limiting, lifting restriction,
                         and medically unassigned status
            2024-1009    need Appt with Neurologist, need migraine
                         medicine sumatriptan or melatonin.
                         the PA (NWOKEDI) refused to talk
                         to me about Issues-

OFFICERS at Hobby
Warden Dobbs        Asst Warden: Rawlings    Major: Williams    CPT is
        Larsen                                                  Sanchez

2024-1010   inmate named HAYS  Starts all kinds of Rumors
            about Me

2/19/24     2024-1011  Contact Mr Jeno in Property about my stuff
                       he said 60 days to Get my stuff
                       TDCJ handbook says 21 days on U/T
                       Had Dorothy Call about my stuff.

(2)

Incident Report

Feb 12 2024 (cont) upon arrival at Hobby they saw the absolutely deplorable "clothing" I was forced to wear and immediately called Ms. Sears in the Laundry Unit.

Laundry had closed for the Day and I would have to wait until Feb 13th to get CLOTHES that were FIT to wear.

Sears was Going to contact the Warden (Rawlings) about the Absolutely Appalling filthy clothes I was forced to wear. And she also filed A complaint with Warden Lozada because I wasn't even supposed to be on Hobby Unit.

Six weeks later (Mr Sanchez) the Region VI Director came to see me at Hobby (and immediately had me Transferred back to Patrick O. Daniel.) I was moved back on March 20 2024 for the 3rd time. When Patrick O Daniel Constantly mishouses me or Unit Transfers me — they Violate Not only my Housing Restrictions, but my medical restrictions as well. they Constantly violated By Civil Rights and my Human Rights As well.

JoLenn Wilbert 2261580

Incidence Reports on Hobby

| | | |
|---|---|---|
| Audit # | 2024-1012 | Carl Sherman verifies heat score |
| 2/21/24 | 2024-1013 | Chaplen Moore go to SBTS |
| | 2024-1014 | Jeno (Property) gets ahold of Crosswell on my Property |
| 2/22/24 | 2024-1015 | Securus to set up voice print |
| | 2024-1016 | NWOKEDI does blood work / Vitamin deficiencies |
| 2/23/24 | 2024-1017 | Rawlings + getting off this Unit |
| | 2024-1018 | Hartley et Patrick O Daniel to get my mail moved to here |
| | 2024-1019 | Nwokedi - need something for Pain |
| | 2024-1020 | " restrictions all wrong |
| 2/26/24 | 2024-1021 | Warden Rawlins have not had showers for 4 days |
| | 2024-1022 | Securus finally sets up Voice Print |
| | 2024-1023 | Law Library wont let me have info on employee roster so I can get contact information. They refuse to give me Law Library appointment |
| | 2024-1024 | Heat Score issue |
| | 2024-1025 | Need compression glove |
| | 2024-1026 | Medical Records / MS Brown very Racist / Working the job issue. |
| | 2024-1027 | Job is I/s Medical Squad 04 (SQ 04) my work hours are 0630-1100 |

These Medical Squad people do get called to work all the time. They go pick Vegetables, and do gardening

↓ I file a Grievance Audit # 2024-5197 (Grievance # 2024066680) about having to work at ALL

I should be MEDICALLY UNASSIGNED I AM being kept in FRAUDULENT Work STATUS.

Restore and SP. Incident Record Form
2/12/24   LVT issue

Evidence Chart (cont.)

| Date | OFFICER INV | What happened |
|---|---|---|
| 2/13/24 | Guard named Mr Rivers | My second day on Hobby Unit they try to give me A. room mate named "Happy" I am not supposed to have A room mate and I had to go back to CLASSIFICATION about this issue. |
| | U.C.C., PREA, Classification and Medical. | I DO NOT belong on Hobby Unit. |
| 2/14/24 | Laundry/Ms Sears | Because of Filthy Rags I was forced to wear from Patrick O Daniel/Sears made me all NEW clothes including ZIP shirts |
| | MAJOR Williams | Refused to talk to me about getting off this Unit. When I tried to Get ILO's they kept saying they don't have any - when other inmates Get them. (See incident moving to Hobby) |
| 2/15/24 | CO (Mr) Torrez | When I tried to Go to dinner/ he was in such a Rush - he slammed the door shut and Got my COAT caught in the door - he deliberately tried to injure me (while denying me Dinner) |
| 2/16/24 | Medical/A. Nwokeid | Lab work done/called at 0210 (Am). At 0700 got called to go back waited 3 hours and never Got seen. |
| | The I.G Mr Harris ESPINO is involved too | He came to see me about the Theft Ring at Patrick O Daniel. He spoke with me for About 20 minutes. After lunch finally went back to Medical |
| | A. NWOKEID | She would not update my Pill Pass/Restrictions and told me it wasn't her job to straighten out my medical records which was A Mess She also refused to give me results of X Rays which we taken. (Said I had to write medical records) It was her job to give me results (not medical records) |
| | I.G. Mr Harris | While he was visiting me I OPI on the Unit |
| 2/17/24 2/18/24 (sun) | MS V MS V | Only Gives showers to BLACK inmates I finally got A shower after waiting since Wednesday. Been 5 days without A shower. |
| 2/19/24 | BLACK Lady/Pill Line | Denied me medication because everybody threw their I.D. on top of mine. |

# Evidence Chart  Hobby Unit

| Date | OFFICER INVOL | What happened |
|---|---|---|
| 02/20/24 | Small black sgt | refuses to let me out so I can go get my mail. ALL Computers are down Pill Line A Disaster and tablets aren't working |
| 02/23/24 | MS FONDON/CLASSIFICATION | Puts me down in work status. I/s Medical pulled 04. |
| | Mr Mango | Refuses to let me out for MAILROOM |
| | A. NWOKEDI | Waited at medical from 10:00 Am- 2:20 and it refused to see me. This person is A Transgender and is very scary. |
| 02/21/24 | Adaora Nwokedi | I have Urinary Track infection,. I have vitamin B12 and vitamin D deficiency. |
| 02/27/24 | Medical Nwokedi | I sat in Medical from noon/until all afternoon after talking to NWOKEDI I finally got my Medically Unassigned Status for 30 days only. (Expires 03/28/24) this is important.) She said she would help get me moved off the Unit. |
| | Classification/Condon | Saw her about my change in work status |
| 02/29/24 | Maintenance | Came to fix Plumbing in showers. They flooded my cell C1-1B and left with the water in my cell running. |
| | SGT Braux | Told him about water running in my sink all night, and constantly having my cell flooded all night ← He didn't do anything (useless) |
| 03/01/24 | IG  Mr Harris | Mr Harris never showed up. |
| 03/03/24 | Guard came by CO (Mr) CARR | At 7:00 pm the guard came by on said Pack I was leaving |
| 03/04/24 | Mr Carr | came by at 03;30 and said my Unit Transfer Had been cancelled. Didn't give me any reason why. |
| 03/06/24 | Mr Sanchez Region VI Captain Sanchez | He came by with Captain Sanchez, I reminded him I should not be on this Unit. I finally saw what Warden Rawlings looks like |
| 03/07/24 | Medical | Vital signs were horrible 98/56 yellow flashing lights on. Really bad headache really dizzy. Trying to find out why U/T cancelled. ACA was on the Unit (staff finally behaved themselves |

Evidence Chart Hobby Unit

| Date | Officer Inv | What happened |
|---|---|---|
| 3/8/24 | | He refused to let me out to go eat and refused to give me a shower because I |
| 3/9/24 | Mr Suarez | had a book out of place. |
| 3/16/24 | Mr Mango. | The Guy never gives us water when we are |
| 3/19/24 | Ms Tyler | on lock down. Notifies me I am moving back to Patrick O Daniel. |
| 3/20/24 | Ms Tyler | At 0330 she tells me my trip to Patrick O Daniel is Cancelled again. |
| | A. Nkokedi | Medical at 10:30 the guard would not let me out. I got called to go back to medical while at Chow, Chow told me to hurry up and go to Medical who told me to Go back to my cell and pack I was leaving. |
| | Crosswell and Herrera | When I arrived at Patrick O Daniel, they refused to give me any water after an hour half bus ride, and sitting in the transfer shack for thirty minutes. They both threatened to destroy my Property. They took me to medical still not allowing me to have water. (Crosswell kept my Property) |
| | Newton/Classification | Mishoused me in Restrictive Housing (A53-20B) It was extremely rough night. The mattress in cell was bad. The window leaked + flooded my cell and the power went out. |

END OF HOBBY TRIP ↑

| Date | Officer Inv | What happened |
|---|---|---|
| 3/21/24 | Warden Miller/ Ms Murphy + Ms Teague | Warden Miller worked my Property issue with Crosswell. Will get my Property today. Should have had it yesterday. Got a case for my razors / and Centrizene |
| | Crosswell | wrote a complaint on her. She should have let me carry my Property with me when I went to Restrictive housing. |
| 3/22/24 | CLASSIFICATION | Moved me to A1-2B my favorite cell |
| 3/23/24 | CO DeMarcus DeMonter SLOAN/ Russian nurse | Two incidents with this officer (Angela Moore) |
| 3/25/24 | Crosswell and Herrera | Got case# 20240117322 razor in my chain bag / Centrizene |
| 3/26/24 | Medical | My vital signs are horrible 138/95 in a lot of Pain |
| | Lozada and Maj James | complained about Cross well. — stealing my Property. |

Report of the officers Misconduct

On Saturday March 23 2024 inmate Angela Moore (AKA June Bug) was having A Seizure near Restrictive Housing. Moore's head was already bleeding and so I walked up to her to see what her problem was. She was laid completely out and seizing Violently.
I called Restrictive Housing housing to call Medical. I then went back to Hold Moore's head so she wouldn't smash her head any more! While holding Moore's head; DeMonter walks up to me AND is Going to Kick me because I am helping Moore. I TOLD him NOT to KICK ME.
When Nurse Sloan and Matavitski came out from Medical they were Glad I was holding her head and Also told DeMonter to leave me alone - I knew what I WAS doing.

2ND Incident with DeMonter

On May 3rd 2024 at 0445 while A bunch of us G4's were standing in Pill Line (in front of Command) DeMonter started Bullying, menacing, threatening and Gussing us out. He was making rude obnoxious comments And threatening to spray us with MACE. DeMonter kept Grabbing his MACE and Acting Crazy And MS Norman had to tell him twice to calm down and leave us Alone. This man was Extremely Aggressive and was seconds away from Excessive Use of Force Charge. This man is A Danger to Female Inmates. He is A monster and should only work at Mens Units.

Jo Ann Wilbert 2261580

# Evidence Chart

| Date | OFFICER INV | WHAT HAPPENED |
|------|-------------|---------------|
| 3/29/24 | Securus Tablet Mgr | Does not show up for Appointment > after I waited 3 months. |
| 4/2/24 | Medical/Friedman Psych/Teague | refuses to do anything for my PTSD or Anxiety. Teague won't do anything either. Friedman He wouldn't even update my Pill Pass/wrote him up to Division of Licensing (wrote Grievance on him too (2024-457) |
| 4/3/24 | Medical talked to Erickson and Rheinacker | Pill Pass is wrong. |
| 4/4/24 | Medical/Friedman | New Pill Pass still wrong. |
| 4/5/24 | Medical/Sloan | New compression glove/s still not in yet |
| 4/8/24 | MS Gaines in Laundry | issues me really dirty clothes and won't exchange them. |
|  | Sloan/Medical | Glove not in yet. |
|  | Crosswell/Warden Miller | Brings other peoples Property but not mine. I need my shit and talk to Warden Miller |
| 4/9/24 | Valladarez | refuses to let me go to 0900 medical Appt |
| 4/10/24 | CO Shelton | Painted my cell. |
| 4/12/24 | Dorm/Warden Lozada | Freezing Cold in Dorm |
|  | Securus | Lost $100.00 Deposit Gail Made |
| 4/13/24 | Mr Baker/Medical | Baker told me to do A transport request to MS Pilkington. About going on the Van instead of riding the Bus to Galveston |
|  | Turned in complaint to State Attorney Gen about Closing Plane State | Plane State Jail Facility should be closed It is condemned. I have almost died there 3 times. Cannot transport to Plane State When having to go to Medical Appt. |
| 4/15/24 | Medical | Ran out of Centrizone. Medical refuses to order it like Dr Grant said. |
|  | Medical/LT Smith MS Codrington | Called for Appt to go to Plane State it is for Ortho Spine./I can't go trip is to rough on my system. They will not transport me by Van. Smith Gives me shit about take the Bus. There were (5) other people in Medical who were all going to Cancel their trips Also. |
| 4/16/24 | CO MS McFadden | I am forced to move again to Restrictive Housing (C Block) This is totally ridiculous. I just left there. |

Evidence Chart

| Date | Officer Inv | What happened |
|---|---|---|
| 4/16/24 | SGT McCumber | Showed him my Heat Restrictions and told him I dont belong in Restrictive Housing |
| 4/17/24 | CO Roulhac / Laundry | Did not bring me my ZIP shirt. Then she brought me back dirty sweat stained pants with paint and stuff all over them. |
| | LT Tyson/SGT McCumber | Both involved in keeping me in Restrictive Housing said they needed my cell for one night → They should have put that person in Restrictive Housing Not me. |
| 4/18/24 | Friedman / Medical | He played dumb about my Heat Score! Didnt re instate it, I have been dizzy Allot and been having major migraine problems. |
| 4/19/24 | Scurry / Banks | Finally got my telephone EAR Buds with Phone Connect. I had to give her the ones I paid for from the Commissary — she should have given me credit but she didnt. |
| | LT Tyson / SGT McCumber  Case # 2024128384 | Went to court/ Tyson was a flaming bitch. Gave everyone MAX punishment Across the board. My case was minor but I still got 30/30/30. It was pure harassment |
| | Crosswell / Property | Write her up for Aggrevated Stalking, harassment and discrimination. Continues to take my property. |
| 4/22/24 | CLASSIFICATION / Newton  The trans is named Hurtado | Fails to move transgender (BAM) out of CB1-1B for over 6 months (but continually moves me + Jackson from CB1-14 to CB2 constantly.) this is big Discrimination in Housing. ↙ When they finally were going to move this person — they took a case instead of moving. |
| 4/23/24 | Staff | We have two inmates who have COVID really bad and they are hacking their lungs out. Nothing done about Isolating them. |
| | Warden Miller | My property from Hobby is still NOT here! |
| 4/26/24 | COVID  Lorrance / Medical | Came to work sick with COVID / took off early went to Doctor. Didnt do anything for me medically wouldnt even give me a COUGH drop. |
| | Got a case from Tyson | About not moving into Restrictive housing |

# Evidence Chart

| Date | Officer Inv | What happened |
|------|-------------|---------------|
| 4/29 | Rouehec / Stewart Laundry | Refuse to take duty clothes back. Refuse to give me ZIP shirt and wont change out my horrible mattress Extremely lazy. |
| 5/3/24 | Mr Patrick L. oDaniel | Was supposed to visit cell Block he never came down We worked for an entire week to get the place fixed up and they lied to us just to have us paint it! |
| | Securus / MS Banks | Refuses to change out the faulty ear buds she gave me. |
| | SGT Wright CO Andrews | At 4:15 pm she told me I was going to be moving again to Restrictive Housing. Before she told me this CO Andrews said I was moving to CB2 Either way I got a MAJOR case for not wanting to move again. |
| | LT Tyson | At 7:00 pm inmate Grey hung herself. I saw the whole thing from my cell. She was in 18B |
| 5/4/24 | SGT Wright / CPT Gilliam | Wright will not give any inmates I60's she/she said the entire command doesn't have any I contacted Captain Gilliam at LUNCH time and he gave me TWO packs of I60's one for each Dorm. Wrote up Wright for dereliction of duty and LYING. Unit is completely flooded in front of CB1/CB2 |
| 5/5/24 5/6/24 | Medical / MS Rodriguez News on Radio | Got called at 10:47 pm to go to Plane State According to news Houston had 9 inches of rain and it would have been treacerous to try to travel. Good thing I didn't go. The Guard MS Rodriguez was saying bridges were out everywhere. |
| | Laundry | Will not give me good ZIP shirt or good towel. Complain to CPT Rhesott. |
| 5/7/24 | Williams / Laundry | Told me I will finally get clean shirt tomorrow Williams brings me 3X shirt (it is a tent) and doesn't fit. |
| 5/8/24 | Maintenance | At 10:15 am we have complete loss of all power. We are locked in cells All power gone. It is dark, ugly + COLD. |

Evidence Chart

| Date | Officer Inv | What happened |
|---|---|---|
| 5/9/24 | Medical/Triage Nurse | B/P 132/95 Tell them I had other Appts and couldn't wait all day to be seen. The waiting area is always over crowded because Medical Scheduler — schedules to many at one time This Is A Persistant Problem. |
| 5/10/24 | Medical | MRI's are scheduled at Lane Murray, They did my hand, back, and my head. Didn't do my Left Foot. |
| 5/12/24 | Nurse Baker/medical | Based on my Heat Sensitivity Score / Based on my age of 65-70 years old My Heat Score should be at least one, (1) |
| 5/13/24 | Nurse Sloan | My compression glove still missing! She said she would contact LM. Also told them need MRI on left foot so I can go to Podiatry They never scheduled it. |
| 5/14/24 | Friedman refuses CLASSIFICATION has my records | Will not address heat score issue. My Records about housing are all scrued up. They have already moved me 38 times |
| 5/15/24 | Medical/ICN Nurse Dorman | Had my TB tyme test checked / Requested to have my Physical done at Lane Murray |
| 5/17/24 | Medical/Thumb Print GAlloza | For med records/ won't see Humphreys/ gave me A Case for not walking in A straight line. He is mentally unstable I wrote him up. (STAFF Complaint) |
| 5/21/24 | STAFF/Lozada | It is Freezing in the Dorm |
| 5/22/24 - 5/23 | Mr Baker/MS Long | Power went out at 5:30 pm until 5:35 Am the next day we have been in freezing cold, dark and No way out of our cells. The Generators never went on. They only opened the doors to let a little AIR Circulate. We almost suffocated. I wrote to Patrick O Daniel about the Appalling living conditions when the Power went out and no back up support. |

# Evidence Chart

| Date | Officer Involved | What happened |
|---|---|---|
| 5/27/24 | CO Bowman | We have two people on suicide watch, Living conditions in Cell BLOCK are deadly Windows all blocked out and, freezing Cold causes people to go insane, (especially if they take Psych medication" |
| 5/28/24 | CO Rodriquez    Huricane  Law Library/MS Gilliam | Contacted me at 6:30 pm to go to Plane State on Medical Chain. Won't go weather extreme Refuses to let me help inmate Christine Johnson with her Case. |
| 5/30/24 | Warden Miller | The VA came to give me A Meritorius Service Medal. (44 years late). Finally Warden Miller believed I was A Veteran after telling her for 3 years. |
|  |  | Put this info first |
| Friday 5/24/24 | Friedman | Did Quazi physical on me it was a joke It didn't do shit! |
| 5/25/24 | CO Hickman | Wants me to move to CB2 side. I refuse |
| 5/26/24 | LT Tyson | Harasses me about standing in the Chow Line. |

## STATEMENT OF RELIEF WHICH CAN BE GRANTED By This Court

- Court order me to be put in Veterans Dorm A1 on Patrick O Daniel
- Keep me Permanantly medically unassigned status
  Stop Tampering with my Mail, deliver my mail daily as it should be
- Require Governor Abbott to answer mail (especially on Pardon and Parole
  Packet and other Court Paper work.
  Instruct Patrick O Daniel Unit be kept as my Home Unit, and I be
  Properly Assigned in Dorm A1, Faith Based or Protective Custody. If and
  when An Elderly Dorm for women becomes Avalable I can be moved
  to that Dorm, or kept in proper Classification status.
  Process inmate Cynthia D Willis for Felony Assault and Battery charge
  against an elder and Give her additional Prison Time!
  Tell the Law Library Officer Amy Gilliam that I require two yellow
  Chain bags for transporting of my legal Materials Allows me to store
  Legal Materials in chain bASS. (Since Additional Storage Not Avalible)
  Contact Executive Director Bryan Collier obtain the original Extra storage
  Containers which women should have been Issued months ago and was
  failed to be issued.
  Have Psych Dept Put PTSD/ and Anxiety into my medical records
  When forced to be moved I be allowed to take Legal Materials with me
  Issue me A new Mattress with head rest like the men have.
  Have medical correct the 240 Plus errors in my Medical Records.
  Stop Delaying my Medical Care and Treatment on my 26 major
  medical issues. (Listed seperately on next page)
  Allow an Appeal to be processed for an Attorney
  Allow my Visitations to be immediately resumed
  Ensure that the STATE Attorney General — closes Plane State
  Jail Facility In Dayton Texas and women do not have to Transport
  through there.

CLAIM for Which Relief Can be Granted. (continue)

Stop the Rampant corruption and mistreat of me because I cannot work

Answer all Grievances Filed. (Permanent Injunction for this.)

Have officers like Pantoja, Herrera, Crosswell, Deleon, Wenner and Espino replace all the Property they have stolen from me

Insist Warden Lozada, Asst Warden Miller and Major James Answer all I&0's submitted to them in a timely manner like the TDCJ Hand book requires.

Allow me to transport on Van - on one day transport to Hospital in Galveston.

Give me Local Medical Care at Veterans Hospital.

---

- I have been been in TDCJ since 2019   They refused to process me as 100% Disabled an unable to work. My medical records are A shambles.
- They have been unable to Give me Adequate medical care
- I have been mishoused 41 times
- I have almost Died 3 times outside in Extreme Weather Conditions
- I have been beaten TWICE by large black Inmates who are RACIST
- I have been denied BASIC necessities of Life, Food, and Sleep
- I have been tortured for 20 months while Locked in Cell Block in freezing cold/filthy cell conditions with windows blacked out.
- TDCJ officers have stolen my Legal, Religious, Educational and Commissary items.
- I have been caused EGREGIOUS Medical Harm
- Also the Command has failed to Protect me

Because the Case is so large with number of people involved I Am applying for nominal, compensatory and Punitive Damages.

(2)

V.

## MEDICAL RELIEF WHICH CAN BE GRANTED
## STATEMENT OF CLAIM - WHICH RELIEF Can be Granted

Absolutely No trips to Galveston Hospital. Local medical care only.
Close PLANE STATE JAIL FACILITY Dayton TEXAS (No transfer there)
Obtain Local medical care at Veterans Administration Hospital Temple or
WACO TEXAS
Allow me to wear medical shoes, back brace, wrist brace, and Sun glasses
Need Medical Sunglasses(es) for migraines and my PASS for them.

Up date all medical Pass(es) Walking restriction, lifting restriction and
   slow eating Pass (added back)

Up date and Give Accurate presorption pass(es) including something
stronger for PAIN than Aspirin. (Be in Pain Management)
Need Ensure for Nutrition, slow eating pass and Vitamins from the
Pharmacy (inmate should not have to purchase these items at Commissary)
Need to obtain surgery on my Crushed left hand, occupational therapy
and A MYOPRO hand device to regain use of Left HAND.
Need to have MRI on Left Foot and Surgical Removal of bone spurs
on both feet. (Need Walking Restriction).

This claim for relief is based on being Physically Beaten by two
large black inmates on two seperate occassions and it does involve
serious injuries (broken hand, 4 broken fingers, and broken wrist)
the last time multiple cuts, bruises and abrasions.

My Heat Restriction of [P2] should be Permanent and I should never be
assigned to an Un Air Conditioned Unit. (while incarcerated)

On three occassions TDCJ has left me in extreme weather conditions
and tried to kill me. They should Honor my Temperature Extremes Pass.
On Dec 10 2019 I was left outside with any Coat, jacket or
Protective Clothing it was 12° degrees. I was freezing

On Aug 1 2023 I was left in extreme heat (103° - 108°) and
was outside for 5 hours with No water or food. I was completely
                                                         dehydrated

On Feb 12 2024 was forced off the Unit with No Coat and
Absolutely filthy clothes it was less than 20 degrees and I
almost caught pneumonia.

V.

## CLAIM FOR WHICH RELIEF can be Granted:

I am High Risk for COVID and pneumonia because of my Age.
When ever I would Get A Medical MASK (N95) it would always
be taken from me - and I was needlessly/constantly subject to
COVID there was NO isolation. I AM requesting through Court
Order to be allowed to keep an N95 mask and upon COVID or
pneumonia outbreak BE ISOLATED from Sick inmates.

Also because of having severe allergies from Service in the Persian Gulf War.
I have "Severe Problems" when Officers use Mace or Chemical Spray
around me or on other inmates   I have requested to have my Medical
File be annotated to reflect never to spray me but medical is
completely resistant to do so. There have been 8 incidences where TDCJ
Used MACE or Chemical Spray around me  AND  Almost killed
me because of my Allergies. Also TDCJ does not DECON an area
once they use the spray and it lingers for a long time. I have A
Serious Medical Need to have this documented in my File.

The last Article under Medical is to have A Complete Physical Examination
so that I MAY request A Medical Pardon. The medical care in TDCJ
is  so inadequate it is almost non existant they are slowly and
painfully killing me and they dont care!

(4.)

## MONEY DAMAGES

Nominal $ 50.00   X   39 Defendants          $ 19,500.00

Compensatory Damages  $ 100.00 against each $ 39,000.00 defendant, Jointly and severally

Punitive Damages  in the Amount totalling   $ 15,000.00

The State to pay Court Cost, Attorney Fees, and Additional Relief for Pain and Suffering, shortening my LIFE Inconvience Fee's and any other relief this court can Grant.

Since this case involves A Serious Injury I Am Also requesting the State pay for A M4O Pro Orthotic Hand Device so I may recover use of my Crushed Left Hand.

The State of Texas pay all Medical Bills for the remainder of my Life.

Jo Ann Wilbert
Gatesville TX 76528
November 25  2024

C. Has any court ever warned or notified you that sanctions could be imposed?    X   YES____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): WACO TX

   2. Case number: 6:23-CV-00444

   3. Approximate date warning was issued: Sept 2023

Executed on: November 25 2025
         DATE

_Jo Ann Wilbert_

(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this    25    day of    November    , 20 24    .
            (Day)              (month)          (year)

_Jo Ann Wilbert_

(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

7020 1290 0000 6929 5233

JoAnn Wilbert (2261580)
Patrick O'Daniel
2305 Ransom Rd
Gatesville, Tx 76528

Retail

UNITED STATES
POSTAL SERVICE
RDC 03

960

U.S. District Court
Western District of Te
ATTN: Clerk Phillip Devl
800 Franklin Ave, R
Waco, Texas 76

RECEIVED

DEC 30 2024

CLERK U.S. DISTRICT COURT
WEST.  DISTRICT OF TEXAS
BY_____ DEPUTY CLERK